UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-18177-RAM
CHAPTER 13 CASE

IN RE:

JOSEPH M HYDE

Debtor(s),
_____/

## NOTICE OF APPEARANCE
*Subject Property: 2355 SW 27TH ST #4 MIAMI, FL, 33133*

PLEASE TAKE NOTICE that the undersigned hereby enters his/her appearance as attorney for **SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.**, a secured lien holder, creditor of the above style debtors.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the SOUTHERN District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this ___16___ day of June, 2015.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 771-6052
antonio.alonso@clegalgroup.com

By: _____
Antonio Alonso, Esq.
Bar Number: 50335

15-01450

Mailing List for Case No.: 15-18177-RAM

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

NANCY K. NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

JOSEPH M HYDE
2400 SW 20TH STREET
MIAMI,, FL 33145

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH,, FL 33012

15-01450