UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:   Joseph Hyde                                             Case No: 15-18177-RAM
                                                                 Chapter 13

_____Debtors_____/


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on June 26, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Joseph Hyde
2400 SW 20th Street
Miami, FL 33145

Seterus, Inc.
c/o Choice Legal Group, P.A.
POB 9908
Ft. Lauderdale, FL 33310

                              Respectfully Submitted:

                              **ROBERT SANCHEZ, P.A.**
                              Attorney for Debtor
                              355 West 49th Street
                              Hialeah, FL 33012
                              Tel. 305-687-8008

                              By:*/s/ Robert Sanchez*_____
                              Robert Sanchez, Esq., FBN#0442161