UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 15-18177-RAM
CHAPTER 13

IN RE:

Joseph M Hyde aka Joseph Hyde
aka Joseph Martin Hyde,
                    Debtor(s)

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Federal National Mortgage Association ("FNMA"), its Successors and/or Assigns, a secured creditor of the above styled Debtor(s).

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance was delivered to the addresses on the attached mailing list by First Class U.S. mail postage pre-paid, and/or by Electronic Filing this _____14 TH_____ day of July, 2015.

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone:  (954) 382-3486
Telefacsimile: (954) 382-5380

Marc G. Granger, Esq.
FBN: 146870
Phone: (954) 382-3486 ext. 3033
**Taji Foreman, Esq.**
FBN: 58606
Direct Line: (954) 356-1738

File No.: 15-03014 SET
V1.20140101

## Mailing List

**Joseph M Hyde**
2400 SW 20th Street
Miami, FL 33145-2524

**Nancy K. Neidich,** *Trustee*
POB 279806
Miramar, FL 33027

**Robert Sanchez, Esq**
355 W 49 St.
Hialeah, FL 33012

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

File No.: 15-03014 SET
V1.20140101