UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-18177-RAM
CHAPTER 13 CASE

IN RE:

JOSEPH M HYDE

Debtor(s).

_____/

## OBJECTION TO
## CONFIRMATION OF PLAN

MOVANT, **SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.**, a secured creditor, by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1.  Secured Creditor holds a first mortgage on the Debtor's property located at 2355 SW 27TH ST #4, MIAMI, FL 33133. Said Mortgage secures the obligations of the Debtor to Secured Creditor pursuant to a Note in the amount of $138,600.00.

2.  Movant intends to file a Proof of Claim to show total arrearage due under its mortgage, which is currently estimated in the amount of $84,225.81, and a total estimated debt of $206,608.32, and regular post-petition monthly payments of $756.34. Debtor's Plan fails to provide for full payment of that secured claim in violation of the requirements of 11USC §1325(a)(5).

3.  Movant objects to the stated valuation amount as there has not yet been a judicial determination as to the amount.

15-01450

4. Even if the Court agrees with the Debtors proposed value, Movant herein objects as Debtor cannot establish that he will be able to make all payments under the plan and to comply with the plan until the proof of claim is filed, as required under 11 USC §1325(a)(5)(B).

5. Movant is in the process of obtaining a current property appraisal.

6. Secured Creditor is reviewing its records and reserves the right to file a Supplemental Response.

7. Movant has not accepted the Plan. See 11 USC §1325(a)(5)(A).

WHEREFORE, Movant, **SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.**, files this objection to confirmation of plan and moves the Court to deny confirmation of said plan.

I HEREBY certify that a true and correct copy of the Objection to Confirmation of Plan was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage prepaid and/or electronic mail this ___ day of _____, 2015.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 771-6052
antonio.alonso@clegalgroup.com

By: _____
Antonio Alonso, Esq.
Bar Number: 50335

Mailing List for Bankruptcy Case No: 15-18177-RAM

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE 2
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

JOSEPH M HYDE
400 SW 20TH STREET
MIAMI,, FL 33145

NANCY K. NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

ROBERT SANCHEZ, ESQ
55 W 49 ST.
HIALEAH,, FL 330120000

15-01450