UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-18177-RAM
CHAPTER 13 CASE

IN RE:

JOSEPH M HYDE

Debtor(s).
_____/

PRELIMINARY OBJECTION
TO MOTION TO VALUE AND DETERMINE
SECURED STATUS OF LIEN OF SETERUS, INC.

MOVANT, **SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.**, a secured creditor, by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1. On June 26, 2015 Debtor filed a *Motion to Value and Determine Secured Status of Lien of Sterus, Inc. on Real Property* in which he seeks that this Honorable Court establishes the value of Movant's collateral in the amount of $44,674.00. Movant's secured claim encumbers Debtor's real property to be valued, located at 2355 SW 27th St. #413, Miami, FL 33133.

2. Debtor filed a Third Amended Chapter 13 Plan on July 17th, 2014 in which he proposes to "cramdown" Movant's secured claim in accordance with his motion to value.

15-01450

3. Movant opposes said motion to value since Debtor has not provided adequate evidence to establish the value of the collateral. Currently, we are in the process of obtaining an appraisal which will rebut Debtor's contention.

4. The Supreme Court mandated that courts shall apply the "replacement value standard" upon the filing of a motion to value under the Bankruptcy Code. Debtor has not provided evidence that the value purported complies with this judicial mandate. See *In Re Rash,* 520 U.S. 953 (1997).

I HEREBY certify that a true and correct copy of the Objection to Confirmation of Plan was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this 24 day of July, 2015.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 771-6052
antonio.alonso@clegalgroup.com

By: _____
Antonio Alonso, Esq.
Bar Number: 50335

15-01450

Mailing List for Bankruptcy Case No:15-18177-RAM

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

NANCY K. NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027


JOSEPH M HYDE
2400 SW 20TH STREET
MIAMI,, FL 33145

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH,, FL 330120000

15-01450