UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-18177-RAM
CHAPTER 13 CASE

IN RE:

JOSEPH M HYDE

Debtor(s),

_____/

## NOTICE OF FILING OF PROPERTY APPRAISAL REPORT IN SUPPORT OF OBJECTION RESPONSE TO MOTION TO VALUE FILED ON JULY 24, 2015 (DOCKET #44)

PLEASE TAKE NOTICE that Movant, SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC., hereby files its Notice of Filing of Property Appraisal Report in support of its Objection Response to Motion to Value filed on July 24, 2015

(Docket # 44).

I HEREBY CERTIFY that a true and correct copy of the Notice of Filing of Property Appraisal Report in support of its Objection Response to Motion to Value filed on July 24, 2015

(Docket # 44) was delivered to the named addressees by First Class U. S. Mail postage pre-paid and or electronically mailed, this _6_ day of August, 2015.

Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 771-6052
antonio.alonso@clegalgroup.com

By: _____
Antonio Alonso, Esq.
Bar Number: 50335

15-01450

MAILING LIST:

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

NANCY K. NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

JOSEPH M HYDE
2400 SW 20TH STREET
MIAMI, FL 33145

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH,, FL 33012

15-01450

## Individual Condominium Unit Appraisal Report    File # 26432107

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | |
|---|---|---|
| Property Address 2355 SW 27th St | Unit # 4 City Miami | State FL Zip Code 33133 |
| Borrower Hyde, Joseph | Owner of Public Record JOSEPH HYDE | County MIAMI-DADE |

Legal Description SILVER BLUFF EST SEC C PB 1065 UNDIV 1/4 INT IN LOTS 40 & 41 BLK 40 APT 4 2355 SW 27 ST LOT SIZE 1250 SQUARE FEET OR 1194594 0883 6

Assessor's Parcel # 0141150080883    Tax Year 2013    R.E. Taxes $ 1,388

Project Name SILVER BLUFF EST SEC C    Phase # ONE    Map Reference 54-41-15    Census Tract 0069.00

Occupant ☐ Owner ☒ Tenant ☐ Vacant    Special Assessments $ 0    HOA $ 120    ☐ per year ☒ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) ASCERTAIN MARKET VALUE

Lender/Client ORMDS    Address 500 CITY PARKWAY WEST SUITE 200, ORANGE, CA 92868

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).    SUBJECT NO LISTING IN MLXCHANGE

**CONTRACT**

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | Condominium Unit Housing Trends | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☒ Increasing ☐ Stable ☐ Declining | PRICE | AGE | One-Unit | 70 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 10 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 80 Low | 39 | Multi-Family | 10 % |
| Neighborhood Boundaries TO THE NORTH OF SW 7 ST., TO THE SOUTH OF FLORIDA AVE., TO THE EAST OF OCEAN., AND TO THE WEST | | 230 High | 67 | Commercial | 5 % |
| OF SW 42 AVE. | | 140 Pred. | 48 | Other | 5 % |

Neighborhood Description    SUBJECT NEIGHBORHOOD PRIMARILY CONSISTS OF CONDOMINIUMS AND SINGLE FAMILY HOUSING OF AVERAGE CONSTRUCTION AND MARKET APPEAL. SUBJECT NEIGHBORHOOD COMPARES FAVORABLY TO COMPETING NEIGHBORHOODS IN THE AVAILABILITY OF AMENITIES, SCHOOLS, SHOPPING, PARKS , RECREATIONAL AREAS, AND HOUSES OF WORSHIP. NEIGHBORHOOD IS WITHIN REASONABLE TRAVEL DISTANCE TO MAJOR EMPLOYMENT CENTERS AND IT ALSO OFFERS SOME LIMITED LOCAL EMPLOYMENT. PRESENT LAND USE "OTHER" PARKS.

Market Conditions (including support for the above conclusions)    VALUES HAVE BEEN INCREASING OVER THE PAST YEAR , TYPICAL MARKETING TIME IS BETWEEN 3 AND 6 MONTHS WITH SELLER CONCESSIONS. PLEASE REFER TO THE ATTACHED STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION.

**PROJECT SITE**

Topography LEVEL TO GRADE    Size AVERAGE FOR THE AREA    Density N/A    View N.Res;

Specific Zoning Classification C-04    Zoning Description 0101 RESIDENTIAL SINGLE FAMILY : 1 UNIT

Zoning Compliance ☒ Legal ☐ Legal Nonconforming - Do the zoning regulations permit rebuilding to current density? ☐ Yes ☐ No

☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street CONCRETE | ☒ | |
| Gas | | NONE | Sanitary Sewer | ☒ | | Alley NONE | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No FEMA Flood Zone X    FEMA Map # 120860478L    FEMA Map Date 09/11/2009

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

NO ADVERSE SITE FACTORS WERE NOTED AS OF THE TIME OF INSPECTION. A SURVEY WAS NOT AVAILABLE FOR REVIEW.SUBJECT AND ALL COMPS ARE IN THE SAME FLOOD ZONE.

**PROJECT INFORMATION**

Data source(s) for project information    MLXCHANGE / DADE COUNTY PROPERTY APPRAISER.

Project Description ☐ Detached ☒ Row or Townhouse ☐ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | General Description | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|
| # of Stories 2 | Exterior Walls CBS | # of Units | 287 | # of Phases | 1 | # of Planned Phases | |
| # of Elevators 0 | Roof Surface TAR | # of Units Completed | 287 | # of Units | 287 | # of Planned Units | |
| ☒ Existing ☐ Proposed | Total # Parking 287 | # of Units for Sale | | # of Units for Sale | 1 | # of Units for Sale | |
| ☐ Under Construction | Ratio (spaces/units) 1/1 | # of Units Sold | 287 | # of Units Sold | 287 | # of Units Sold | |
| Year Built 1946 | Type ASSIGNED | # of Units Rented | 15 | # of Units Rented | 15 | # of Units Rented | |
| Effective Age 15 | Guest Parking 95 | # of Owner Occupied Units | 272 | # of Owner Occupied Units | 272 | # of Owner Occupied Units | |

Project Primary Occupancy ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group - ☒ Homeowners' Association ☐ Developer    Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☐ Yes ☒ No If Yes, Describe

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☒ Yes ☐ No If No, describe

Is there any commercial space in the project? ☐ Yes ☒ No If Yes, describe and indicate the overall percentage of the commercial space.

Form 1073UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report

File # 26432107

| | |
|---|---|
| Describe the condition of the project and quality of construction. | THE PROJECT APPEARS WELL MAINTAINED AND IN C-3 CONDITION. QUALITY OF CONSTRUCTION IS Q-3. |

AVERAGE MARKET APPEAL.

**PROJECT INFORMATION**

Describe the common elements and recreational facilities.   N/A

Are any common elements leased to or by the Homeowners' Association?   ☐ Yes  ☒ No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?   ☐ Yes  ☒ No  If Yes, $ _____   per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?   ☒ Yes  ☐ No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did  ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.   NO DOCUMENTS AVAILABLE FOR REVIEW

Are there any other fees (other than regular HOA charges) for the use of the project facilities?   ☐ Yes ☒ No   If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears   ☐ High  ☒ Average  ☐ Low  If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes  ☒ No   If Yes, describe and explain the effect on value and marketability.

| | | | |
|---|---|---|---|
| Unit Charge $ 120 | per month X 12 = $ 1,440.00 | per year | Annual assessment charge per year per square feet of gross living area = $  2.23 |
| Utilities included in the unit monthly assessment | ☐ None ☐ Heat | ☐ Air Conditioning ☐ Electricity ☐ Gas ☒ Water ☒ Sewer ☐ Cable | ☐ Other (describe) |

| General Description | Interior | materials/condition | Amenities | | Appliances | Car Storage | |
|---|---|---|---|---|---|---|---|
| Floor #  2ND FLOOR | Floors | TILE / C-3 | Fireplace(s) # 0 | | ☒ Refrigerator | ☐ None | |
| # of Levels  1 | Walls | DRYWALL / C-3 | WoodStove(s) #0 | | ☒ Range/Oven | ☐ Garage  ☐ Covered ☒ Open | |
| Heating Type H&C AIR  Fuel ELECT. | Trim/Finish | WOOD / C-3 | ☒ Deck/Patio  OPEN | ☒ Disp  ☐ Microwave | # of Cars  1 | |
| ☒ Central AC  ☐ Individual AC | Bath Wainscot CERAMIC TILE / C-3 | | ☒ Porch/Balcony  TYPICAL | ☒ Dishwasher | ☒ Assigned  ☐ Owned | |
| ☐ Other (describe) | Doors | WOOD / C-3 | ☐ Other  NONE | ☒ Washer/Dryer | Parking Space #  4 | |
| Finished area **above** grade contains: | | 5 Rooms | 2 Bedrooms | 1.0 Bath(s) | 645 Square Feet of Gross Living Area Above Grade | |
| Are the heating and cooling for the individual units separately metered? | ☒ Yes ☐ No  If No, describe and comment on compatibility to other projects in the market area. | | | | | |

Additional features (special energy efficient items, etc.)   NO SPECIAL ENERGY EFFICIENT ITEMS WERE FOUND AT TIME OF INSPECTION.

**UNIT DESCRIPTION**

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C3;Kitchen-updated-six to ten years ago;Bathrooms-updated-six to ten years ago.UNIT IS IN C-3 CONDITION FOR THE AGE,NEIGHBORHOOD, AND QUALITY OF CONSTRUCTION. SQUARE FOOTAGE REPORTED AS GLA FOR THE SUBJECT AND ALL COMPS ARE THOSE OBTAINED FROM PUBLIC RECORDS. ACTUAL GLA MEASURED AT INSPECTION HAS BEEN CALCULATED ON THE SKETCH ADDENDUM. SUBJECT HAD UTILITIES ON AND WORKING AT THE TIME OF INSPECTION. REMAINING ECONOMIC LIFE HAS BEEN CALCULATED AT 45 YEARS.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☒ Yes ☐ No  If No, describe

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)   MLXCHANGE / DADE COUNTY PROPERTY APPRAISER
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)   MLXCHANGE / DADE COUNTY PROPERTY APPRAISER

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

**PRIOR SALE HISTORY**

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 02/10/2014 | | 06/30/2014 |
| Price of Prior Sale/Transfer | | $65,400 | | $95,900 |
| Data Source(s) | DADE CTY PROPERTY APPRAISER | DADE COUNTY PROPERTY APPRAISER | DADE COUNTY PROPERTY APPRAISER | DADE COUNTY PROPERTY APPRAISER |
| Effective Date of Data Source(s) | 05/01/2015 | 05/01/2015 | 05/01/2015 | 05/01/2015 |

Analysis of prior sale or transfer history of the subject property and comparable sales.   SUBJECT PROPERTY IS NOT UNDER CONTRACT FOR SALE. IT HAS NOT BEEN LISTED FOR THE LAST
TWELVE MONTHS.
PREV SALE COMPARABLE No. 3 FOR $79,200, DATE 09/18/2014, TYPE Financial inst or "In Lieu of Foreclosure" stated

---

Freddie Mac Form 465 March 2005          UAD Version 9/2011   Page 2 of 6          Fannie Mae Form 1073 March 2005

# Individual Condominium Unit Appraisal Report

File # 26432107

There are 15 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 80,000 to $ 220,000 .

There are 38 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 80,000 to $ 230,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address 2355 SW 27th St | | 3011 SW 1st Ave | | 3551 SW 9th Ter # Te | | 2160 SW 16th Ave | |
| Unit # 4, Miami, FL 33133 | | 7, Miami, FL 33129 | | 416, Miami, FL 33135 | | 120, Miami, FL 33145 | |
| Project Name and SILVER BLUFF EST SEC C | | THE ROADS CONDO | | CORDOBA CONDO | | CORAL WAY GARDENS CONDO | |
| Phase ONE | | ONE | | ONE | | ONE | |
| Proximity to Subject | | 1.53 miles NE | | 1.92 miles NW | | 1.02 miles NE | |
| Sale Price | $ | | $ 118,000 | | $ 110,000 | | $ 101,500 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 173.53 SQ. ft. | | $ 157.14 SQ. ft. | | $ 110.45 SQ. ft. | |
| Data Source(s) | | MLX #A2015615;DOM 29 | | MLX #A1991809;DOM 18 | | MLX #A1979244;DOM 20 | |
| Verification Source(s) | | DADE COUNTY PROPERTY APPRAISER | | DADE COUNTY PROPERTY APPRAISER | | DADE COUNTY PROPERTY APPRAISER | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | REO | | ArmLth | | REO | |
| Concessions | | Cash;0 | | Cash;0 | | Cash;0 | |
| Date of Sale/Time | | s11/14;c11/14 | 0 | s09/14;c09/14 | 0 | s09/14;c08/14 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| HOA Mo. Assessment | 120 | 170 | 0 | 120 | | 375 | 0 |
| Common Elements | GREEN AREAS | GREEN AREAS | | GREEN AREAS | | GREEN AREAS | |
| and Rec. Facilities | PARKING LOT, | PARKING LOT, | | PARKING LOT, | | PARKING LOT, | |
| Floor Location | 2ND FLOOR | 2ND FLOOR | | 4TH FLOOR | 0 | 1ST FLOOR | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | RT1L;CONDO | RT1L;CONDO | | RT1L;CONDO | | RT1L;CONDO | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 69 | 42 | 0 | 42 | 0 | 43 | 0 |
| Condition | C3 | C2 | -10,000 | C3 | | C3 | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 5 | 2 | 1.0 | 5 | 2 | 1.1 | -1,500 | 5 | 2 | 1.0 | 5 | 2 | 1.0 |
| Gross Living Area | 645 SQ. ft. | 680 SQ. ft. | 0 | 700 SQ. ft. | 0 | 919 SQ. ft. | -5,480 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | ADEQUATE | ADEQUATE | | ADEQUATE | | ADEQUATE | |
| Heating/Cooling | CENTRAL | CENTRAL | | CENTRAL | | CENTRAL | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 1op;ASSIGNED | 1op;ASSIGNED | | 1op;ASSIGNED | | 1op;ASSIGNED | |
| Porch/Patio/Deck | NONE | NONE | | NONE | | NONE | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -11,500 | ☐ + ☐ - | $ | ☐ + ☒ - | $ -5,480 |
| Adjusted Sale Price | | Net Adj. 9.7 % | | Net Adj. 0.0 % | | Net Adj. 5.4 % | |
| of Comparables | | Gross Adj. 9.7 % | $ 106,500 | Gross Adj. 0.0 % | $ 110,000 | Gross Adj. 5.4 % | $ 96,020 |

Summary of Sales Comparison Approach REPORTED COMPARABLES INDICATE A REASONABLE VALUE TREND FOR THE SUBJECT PROPERTY. THEY BRACKET THE SUBJECT PROPERTY IN TERMS OF VALUE. ADJUSTMENTS ARE EXTRACTED FROM LOCAL MARKET ACCEPTANCE AND EXPECTATIONS. AN EFFORT HAS BEEN MADE TO VERIFY WITH ALTERNATE SOURCES AND TRANSACTIONS PARTICIPANTS THE ACCURACY AND CONDITIONS OF SALE OF THE COMPARABLES AND OTHER DATA GATHERED FROM PUBLIC RECORDS. COMPARABLES WERE SELECTED FROM A POOL OF COMPS CONSIDERED TO BE THE BEST AVAILABLE AS THEY WERE ALL WITHIN 1 MILE, BETWEEN 500 SF - 750 S.F, 1 BEDROOMS, AND SOLD WITHIN 6 MONTHS OF THE EFFECTVE DATE OF THE APPRAISAL. PROPERTIES HAVE BEEN INCREASING AT A RATE OF 0.0% PER MONTH. MORE WEIGHT HAS BEEN GIVEN TO COMP #1 AS IT IS THE MOST RECENT SALE.

Indicated Value by Sales Comparison Approach $ 106,000

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ 0 X Gross Rent Multiplier 0 = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) THE INCOME APPROACH WAS NOT UTILIZED IN THIS REPORT.

Indicated Value by: Sales Comparison Approach $ 106,000 Income Approach (if developed) $

GREATER WEIGHT HAS BEEN GIVEN TO THE SALES COMPARISON APPROACH . THE INCOME APPROACH HAS NOT BEEN USED BECAUSE THIS TYPE OF PROPERTY IS NOT TYPICALLY PURCHASED FOR INCOME PURPOSES. THE COST APPROACH IS NOT USED FOR INDIVIDUAL CONDO UNITS.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: PLEASE REFER TO THE ATTACHED ADDENDUM WHICH ADDRESSES COMPLIANCE TO CURRENT USPAP REGULATIONS.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is

$ 106,000 , as of 05/01/2015 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005        UAD Version 9/2011   Page 3 of 6        Fannie Mae Form 1073 March 2005

Form 1073UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report     File # 26432107

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he *or* she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report    File # 26432107

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report   File # 26432107

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER   ADOLFO J. SELLAS | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   ADOLFO J. SELLAS | Name |
| Company Name   ON TIME APPRAISAL SERVICE, INC | Company Name |
| Company Address   8043 NW 114 PATH | Company Address |
| DORAL, FL 33178 | |
| Telephone Number   (786) 306-8880 | Telephone Number |
| Email Address   adolfosellas@gmail.com | Email Address |
| Date of Signature and Report   08/06/2015 | Date of Signature |
| Effective Date of Appraisal   05/01/2015 | State Certification # |
| State Certification #   CERT. RES. RD 4290 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  FL | |
| Expiration Date of Certification or License   11/30/2016 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 2355 SW 27th St | Date of Inspection |
| 4, Miami, FL 33133 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   106,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name   OLD REPUBLIC | COMPARABLE SALES |
| Company Name   ORMOS | |
| Company Address   500 CITY PARKWAY WEST SUITE 200, ORANGE, CA 92868 | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Form 1073UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Individual Condominium Unit Appraisal Report

File # 26432107

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 2355 SW 27th St 4, Miami, FL 33133 | 3011 SW 1st Ave 12, Miami, FL 33129 | | | | | |
| Project Name and Phase | SILVER BLUFF EST SEC C ONE | THE ROADS CONDO ONE | | | | | |
| Proximity to Subject | | 1.53 miles NE | | | | | |
| Sale Price | $ | | $ 108,979 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 160.26 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLX #A1934228;DOM 137 | | | | | |
| Verification Source(s) | | DADE COUNTY PROPERTY APP | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | REO Cash;0 | | | | | |
| Date of Sale/Time | | s10/14;c10/14 | 0 | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | | | | |
| HOA Mo. Assessment | 120 | 240 | 0 | | | | |
| Common Elements and Rec. Facilities | GREEN AREAS PARKING LOT, | GREEN AREAS PARKING LOT, | | | | | |
| Floor Location | 2ND FLOOR | 2ND FLOOR | | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | RT1L;CONDO | RT1L;CONDO | | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | 69 | 42 | 0 | | | | |
| Condition | C3 | C3 | | | | | |
| Above Grade Room Count | Total Bdrms. Baths / 5 2 1.0 | Total Bdrms. Baths / 5 2 1.0 | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Gross Living Area | 645 sq. ft. | 680 sq. ft. | 0 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | | | | |
| Functional Utility | ADEQUATE | ADEQUATE | | | | | |
| Heating/Cooling | CENTRAL | CENTRAL | | | | | |
| Energy Efficient Items | NONE | NONE | | | | | |
| Garage/Carport | 1op;ASSIGNED | 1op;ASSIGNED | | | | | |
| Porch/Patio/Deck | NONE | NONE | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☐ - | $ 0 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 0.0 % Gross Adj. 0.0 % | $ 108,979 | Net Adj. % Gross Adj. % | $ | Net Adj. % Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | DADE CTY PROPERTY APPRAISER | DADE COUNTY PROPERTY | | |
| Effective Date of Data Source(s) | 05/01/2015 | 08/01/2015 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales    SUBJECT NOR COMPS HAVE PRIOR SALES OTHER THAN THOSE REPORTED.

Analysis/Comments    COMP#4  TO SUPPORT VALUE. LISTINGS ARE LOCATED WITHIN THE SUBJECT'S NEIGHBORHOOD. THEY ARE SIMILAR TO THE SUBJECT AND THEY WERE USED IN ORDER TO ILLUSTRATE THE CURRENT MARKET TREND. LISTINGS WERE GIVEN NEGOTIATION CONCESSION ADJUSTMENT AT A RATE OF APPROXIMATELY (%4) IN ORDER TO RECONCILE TYPICAL LIST TO SALE RATIOS.

ADDITIONAL COMMENTS:
SERVICE PERFORMED ADDENDUM:
I HAVE PERFORMED NO SERVICES, AS AN APPRAISER OR IN ANY OTHER CAPACITY, REGARDING THE PROPERTY THAT IS THE SUBJECT OF THIS REPORT WITHIN THE THREE-YEAR PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS ASSIGNMENT.

ADDENDUM  REGARDING INTENDED USER:
THE INTENDED USER OF THIS APPRAISAL IS THE LENDER / CLIENT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A MORTGAGE FINANCE TRANSACTION, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE.  NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

EXPOSURE TIME COMMENT:
BASED UPON THE SALES AND LISTINGS WITHIN THIS REPORT, AND DATA FROM THE 1004MC, THE APPRAISER EXPECTS A REASONABLE AMOUNT OF EXPOSURE TIME FOR THE SUBJECT TO HAVE BEEN 3-6  MONTHS.

Freddie Mac Form 465 March 2005    UAD Version 9/2011    Fannie Mae Form 1073 March 2005

Form 1073UAD.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## SUPPLEMENTAL REAL ESTATE OWNED APPRAISAL ADDENDUM

| Property Address 2355 SW 27th St | | City Miami | State FL | Zip Code 33133 |

Legal Description  SILVER BLUFF EST SEC C PB 1065 UNDIV 1/4 INT IN LOTS 40 & 41 BLK 40 APT 4 2355 SW 27 S'  County MIAMI-DADE

Is the subject property currently listed?  ☐ Yes   ☒ No    Current List Price: $ _____    Agent: _____

Listing Company/Address/Phone:

### COMPETING LISTINGS

| ITEM | SUBJECT | LISTING # 1 | LISTING # 2 | LISTING # 3 |
|---|---|---|---|---|
| Address | 2355 SW 27th St | | | |
| | 4, Miami, FL 33133 | | | |
| Proximity to Subject | | | | |
| Original List Price | | | | |
| Current List Price | | | | |
| Last Price Revision Date | | | | |
| Days-on-Market | | | | |
| Site/View | CONDO/N;Res; | CONDO/N;Res; | CONDO/N;Res; | CONDO/N;Res; |
| Design (Style) | RT1L;CONDO | | | |
| Age | 69 | | | |
| Condition | C3 | | | |
| Above Grade Room Count | Tot: 5  B-rms: 2  Ba: 1.0 | Tot:  B-rms:  Ba: | Tot:  B-rms:  Ba: | Tot:  B-rms:  Ba: |
| Approx. Gross Living Area | 645 sq. ft. | sq. ft. | sq. ft. | sq. ft. |
| Basement Area | 0sf | | | |
| Car Storage | 1op;ASSIGNED | | | |
| Other (special/financing concessions,amenities,etc.) | | | | |

Describe the value-related differences between the subject property and the competing listings (including financing, terms, conditions, location, appeal, deferred maintenance, utility, style, view, view, days-on-market, and other amenities).  In addition, comment on supply and demand, marketing times, sale-to-list price ratios, REO and new construction activity, and other factors associated with, and/or influenced by, current listings in the subject neighborhood.

Describe positive and negative factors that affect the marketability and value of properties in the subject subdivision, and specifically the subject property.  Discuss current economic trends -- employment, increasing/decreasing property values, supply and demand, and/or seasonal marketing factors.

Provide an itemized list of repairs recommended to bring the property into marketable condition.  Cost estimates should be based on reliable published cost sources and/or local cost resources.  The appraiser is not an expert in the field of building construction and actual costs may vary from those provided.  Repair costs and opinions reported herein are subject to future revision based on new repair estimates and evaluations by a licensed building contractor.

| REPAIR ITEM | ESTIMATED COST |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL ESTIMATED COST OF RECOMMENDED REPAIRS | $ |

List any recommended inspections (code compliance, structural, environmental etc.).  Provide an explanation why the inspection is recommended, and comment on the effect on marketability and value.  When no inspections are recommended, provide a statement to that effect.

List the number of days-on-market for the comparable sales used in the appraisal report:  Comp #1: ____  DOM; Comp #2: ____  DOM; Comp #3: ____  DOM.

Comments:

In addition to the "AS-IS" market value estimated on the attached appraisal report, which is based on a reasonable market exposure time determined by current market conditions and described in the Neighborhood Section of the report, the following value estimates for the subject are required.  Note: The difference between the "AS IS" and "AS-REPAIRED" value should approximate the market's reaction to the needed repairs, not necessarily the dollar-for-dollar cost to place the subject in marketable condition.

"AS-IS" estimate of market value based on a reasonable market exposure time as rendered in the attached appraisal report ........................................ $  106,000

"AS-REPAIRED" estimate of market value based on a reasonable market exposure time ........................................ $  106,000

"AS-IS" estimate of market value based on a client-imposed restricted market exposure time of  90  days (not to exceed 120 days)  $  101,000

"AS-REPAIRED" estimate of market value based on a client-imposed restricted market exposure time of  90  days (not to exceed 120 days)  $  101,000

| APPRAISER: | SUPERVISORY APPRAISER(ONLY IF REQUIRED): |
|---|---|
| Signature | Signature |
| Name  ADOLFO J. SELLAS | Name |
| Date Report Signed  08/06/2015 | Date Report Signed |
| State Certification #  CERT. RES. RD 4290    State  FL | State Certification #    State |
| Or State License #    State | Or State License #    State |

On Time Appraisal Service, Inc. (786) 306-8880
Form REOS — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Supplemental Addendum

File No. 26432107

| Borrower/Client | Hyde, Joseph | | | |
|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | |
| City | Miami | County MIAMI-DADE | State FL | Zip Code 33133 |
| Lender | ORMDS | | | |

ADDITIONAL COMMENTS

ADDITIONAL COMMENTS:
SERVICE PERFORMED ADDENDUM:
I HAVE PERFORMED NO SERVICES, AS AN APPRAISER OR IN ANY OTHER CAPACITY, REGARDING THE PROPERTY THAT IS THE SUBJECT OF THIS REPORT WITHIN THE THREE-YEAR PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS ASSIGNMENT.

ADDENDUM REGARDING INTENDED USER:
THE INTENDED USER OF THIS APPRAISAL IS THE LENDER / CLIENT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A MORTGAGE FINANCE TRANSACTION, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

EXPOSURE TIME COMMENT:
BASED UPON THE SALES AND LISTINGS WITHIN THIS REPORT, AND DATA FROM THE 1004MC, THE APPRAISER EXPECTS A REASONABLE AMOUNT OF EXPOSURE TIME FOR THE SUBJECT TO HAVE BEEN 6 MONTHS.

AGE/CONDITION ADJUSTMENTS
NO AGE ADJUSTMENTS INCLUDED IN THE REPORT.THESE ADJUSTMENTS WOULD BE BASED ON AFFECTIVE AGE & EFFECTIVE AGE HAS A DIRECT RELATIONSHIP WITH CONDITION, SO ALL EFFECTIVE AGE/CONDITION ADJUSTMENTS ARE INCLUDED ON THE CONDITION LINE IN THE MARKET ANALYSIS.EFFECTIVE AGE/CONDITION ADJUSTMENTS ARE BASED ON OBSERVATIONAL DIFFERENCES NOTED ON A RIDE BY EXTERIOR INSPECTION & ANY PERTINENT DATA PROVIDED BY MLS & KNOWLEDGEABLE REAL ESTATE AGENTS.

ADJUSTMENT COMMENTS

ADJUSTMENTS TO THE COMPARABLE SALES ON THE SALES GRID WERE CALCULATED USING QUANTITATIVE DATA (PAIRED SALES) WHEREVER POSSIBLE. SOME FEATURES OF THE SUBJECT REQUIRING ADJUSTMENT WERE DETERMINED USING DATA ACCUMULATED FROM THE APPRAISER'S DATA BASE, PEER DISCUSSIONS, EDUCATION, AND TYPICAL MARKET REACTION OBSERVED THROUGH THE APPRAISER'S FAMILIARITY WITH THE MARKET.THIS IS A SUMMARY REPORT, IT IS NOT POSSIBLE OR NECESSARY TO CONVEY ALL OF THE ACCUMULATED DATA OF MY YEARS OF EXPERIENCE IN THIS MARKET AS IT IS NOT PRACTICAL NOR REQUIERED BY FNMA.

CASH VALUE HAS BEEN CALCULATED AT $101,000.

Please ask the appraiser to revisit the 1004MC. The indicator and commentary are a contradiction. Also, the appraiser has included several REO properties as comps. Please ask the appraiser to analyze the effect (of the REO sales, Pre Foreclosure and Short Sale transactions) has had on the market and specifically on the subject property. Although REO transactions are or maybe a part of the market, they should not be automatically chosen as comparables. If there is compelling evidence in the market to warrant the use of REOs, the appraiser must provide additional, detailed commentary and explanation. jp

## Market Conditions Addendum to the Appraisal Report

File No. 26432107

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 2355 SW 27th St | City Miami | State FL | ZIP Code 33133 |
|---|---|---|---|---|

Borrower    Hyde, Joseph

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 12 | 14 | 12 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 2.00 | 4.67 | 4.00 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 25 | 25 | 15 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 12.5 | 5.4 | 3.8 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $125,000 | $140,750 | $165,000 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 48 | 41 | 51 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | $145,000 | $152,500 | $165,000 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 53 | 54 | 21 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 97.29% | 97.24% | 96.93% | ☐ Increasing | ☐ Stable | ☒ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    SELLER CONCESSIONS TYPICALLY RANGE FROM 3% TO 6% WITH THE ABUNDANCE OF PROPERTIES BUYING IN THE MARKET. THESE ARE OFFERED AS INCENTIVE TO BUYERS.

Are foreclosure sales (REO sales) a factor in the market?  ☒ Yes  ☐ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
THE AREA HAS EXPERIENCED SOME FINANCIALLY DISTRESSED PROPERTIES AND THE SALE OF PREVIOUSLY FORECLOSED AND/OR "SHORT" SALE UNITS HAS BECOME PART OF THE MARKET. OUT OF THE 38 CLOSED PROPERTIES ANALYZED IN THE NEIGHBORHOOD, 1 ARE SHORT SALE AND 11 ARE REO. OUT OF 9 LISTED PROPERTIES ANALYZED IN THE NEIGHBORHOOD, 1 ARE SHORT SALE AND 1 ARE REO. THESE TYPE OF PROPERTIES ARE USUALLY OFFERED AT A DISCOUNT, TO PROMOTE A QUICK SELLING TIME. THIS HAS HAD AN EFFECT ON THIS MARKET AND THE USE OF REO WAS INEVITABLE DUE TO ITS PRESENCE IN THIS  MARKET.

Cite data sources for above information.    MLXCHANGE / DADE COUNTY PROPERTY APPRAISER.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
THE APPRAISER  ANALYZED AREA 41 IN DADE COUNTY , TOWN / SEC 41/15. TOTAL COMP SALES PRICE IS INCREASING TOTAL SALES DAYS ON THE MARKET IS AROUND 90 DAYS. DATA SOURCES UTILIZED IN RESEARCHING, ANALYZING AND FILLING OUT 1004MC INCLUDES LOCAL MLS DATA SOURCE (MIAMI-DADE  BOARD OF REALTORS) IN ASSOCIATION WITH THE NATIONAL ASSOCIATION OF REALTORS (N.A.R.) AS WELL AS REALIST DATA IN ASSOCIATION WITH FIRSTAMERICAN, LLC. THE GENERAL TREND INDICATES DECLINING TRENDS;THE RESEARCH SHOWS THAT THE SUBJECT NEIGHBORHOOD MARKET IS DRIVEN BY FORECLOSURES / SHORT SALES. THE CRITERIA INPUT FOR RESEARCH RESULTS INCLUDES NEIGHBORHOOD BOUNDARIES OF PROPERTIES WITHIN 15% GLA.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name:  SILVER BLUFF EST SEC C | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | 0 | 1 | 0 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 0.0 | 0.33 | 0.0 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Active Comparable Listings | 1 | 1 | 0 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | 0 | 3.0 | 0 | ☒ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☒ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.    THE PROJECT HAS EXPERIENCED SOME FINANCIALLY DISTRESSED PROPERTIES AND THE SALE OF PREVIOUSLY FORECLOSED AND/OR "SHORT" SALE UNITS HAS BECOME AN INTEGRAL AND INFLUENTIAL PART OF THE MARKET. THESE TYPE OF PROPERTIES ARE USUALLY OFFERED AT A DISCOUNT, TO PROMOTE A QUICK SELLING TIME.

Summarize the above trends and address the impact on the subject unit and project.    THE APPRAISER  ANALYZED THE SUBDIVISION . TOTAL COMP SALES IS DECREASING. TOTAL SALES DAYS ON THE MARKET IS AROUND 90 DAYS.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name    ARDELIO SELLAS | Supervisory Appraiser Name |
| Company Name    ON TIME APPRAISAL SERVICE, INC | Company Name |
| Company Address    6043 NW 114 PATH, DORAL, FL 33178 | Company Address |
| State License/Certification #  CERT. RES. RD 4290    State  FL | State License/Certification #    State |
| Email Address    adolfosellas@gmail.com | Email Address |

Freddie Mac Form 71   March 2009                    Page 1 of 1                    Fannie Mae Form 1004MC  March 2009

# Subject Photo Page

| Borrower/Client | Hyde, Joseph | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | | | |
| City | Miami | County | MIAMI-DADE | State | FL | Zip Code 33133 |
| Lender | ORMDS | | | | | |



**Subject Front**

2355 SW 27th St
| | |
|---|---|
| Sales Price | |
| GLA | 645 |
| Total Rooms | 5 |
| Total Bedrms | 2 |
| Total Bathrms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | CONDO |
| Quality | Q3 |
| Age | 69 |



**Subject Rear View**



**Subject Street**

# Subject Photo Page

| Borrower/Client | Hyde, Joseph | | | | |
|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | | |
| City | Miami | County MIAMI-DADE | State FL | Zip Code 33133 |
| Lender | ORMDS | | | | |



### Subject Street

2355 SW 27th St
Sales Price
G.L.A.          645
Tot. Rooms      5
Tot. Bedrms.    2
Tot. Bathrms.   1.0
Location        N;Res;
View            N;Res;
Site            CONDO
Quality         Q3
Age             69



### Subject Address



### Subject View

# Photograph Addendum

| Borrower/Client | Hyde, Joseph | | | | |
|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | | |
| City | Miami | County MIAMI-DADE | State FL | Zip Code 33133 | |
| Lender | ORMDS | | | | |



Subject Side



Subject Side

# Subject Interior Photo Page

| Borrower/Client | Hyde, Joseph | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | | | |
| City | Miami | County | MIAMI-DADE | State | FL | Zip Code | 33133 |
| Lender | ORMDS | | | | | |



**KITCHEN**

| | |
|---|---|
| 2355 SW 27th St | |
| Sale Price | |
| GLA | 645 |
| Total Rooms | 5 |
| Bedrooms | 2 |
| Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | CONDO |
| Quality | Q3 |
| Age | 69 |



**LIVING**



**DINING**

## Subject Interior Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Hyde, Joseph | | | | | |
| Property Address | 2355 SW 27th St | | | | | |
| City | Miami | County MIAMI-DADE | | State FL | Zip Code | 33133 |
| Lender | ORMDS | | | | | |



**BEDROOM**

2355 SW 27th St
Sale Price
GLA          645
Total Rooms  5
Bedrooms     2
Bathrooms    1.0
Location     N;Res;
View         N;Res;
Site         CONDO
Quality      Q3
Age          69



**BEDROOM**



**BATHROOM**

Form PIC4x6.SI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Interior Photo Page

| Borrower/Client | Hyde, Joseph | | | | |
|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | | |
| City | Miami | County MIAMI-DADE | State FL | Zip Code 33133 |
| Lender | ORMDS | | | | |



**FOYER**

2355 SW 27th St
Sales Price
G.L.A.          645
Tot. Rooms    5
Tot. Bedrms.  2
Tot. Bathrms. 1.0
Location        N;Res;
View             N;Res;
Site              CONDO
Quality          Q3
Age               69



**ELECTRICAL PANEL**



**A/C HANDLER**

## Subject Interior Photo Page

| Borrower/Client | Hyde, Joseph | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | | | |
| City | Miami | County | MIAMI-DADE | State | FL | Zip Code 33133 |
| Lender | ORMDS | | | | | |



**ENTRANCE**

2355 SW 27th St
Sales Price
G.L.A.            645
Tot. Rooms     5
Tot. Bedrms.   2
Tot. Bathrms.  1.0
Location         N;Res;
View              N;Res;
Site               CONDO
Quality           Q3
Age               69



**A/C UNIT**

**NO PHOTO**

# Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Hyde, Joseph |
| Property Address | 2355 SW 27th St |
| City | Miami |

| City | Miami | County MIAMI-DADE | State FL | Zip Code 33133 |
|---|---|---|---|---|
| Lender | ORMDS | | | |



## Comparable 1

3011 SW 1st Ave

| | |
|---|---|
| Proximity | 1.53 miles NE |
| Sale Price | 118,000 |
| GLA | 680 |
| Total Rooms | 5 |
| Total Bedrms | 2 |
| Total Bathrms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | CONDO / AVERAGE |
| Quality | Q3 |
| Age | 42 |



## Comparable 2

3551 SW 9th Ter # Te

| | |
|---|---|
| Proximity | 1.92 miles NW |
| Sale Price | 110,000 |
| GLA | 700 |
| Total Rooms | 5 |
| Total Bedrms | 2 |
| Total Bathrms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | CONDO / AVERAGE |
| Quality | Q3 |
| Age | 42 |



## Comparable 3

2160 SW 16th Ave

| | |
|---|---|
| Proximity | 1.02 miles NE |
| Sale Price | 101,500 |
| GLA | 919 |
| Total Rooms | 5 |
| Total Bedrms | 2 |
| Total Bathrms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | CONDO / AVERAGE |
| Quality | Q3 |
| Age | 43 |

# Comparable Photo Page

| Borrower/Client | Hyde, Joseph | | | |
|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | |
| City | Miami | County MIAMI-DADE | State FL | Zip Code 33133 |
| Lender | ORMDS | | | |



## Comparable 4

| | |
|---|---|
| 3011 SW 1st Ave | |
| Prox. to Subj. | 1.53 miles NE |
| Sales Price | 108,979 |
| G.L.A. | 680 |
| Tot. Rooms | 5 |
| Tot. Bedrms. | 2 |
| Tot. Bathrms. | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | CONDO / AVERAGE |
| Quality | Q3 |
| Age | 42 |

## Comparable 5

| | |
|---|---|
| Prox. to Subj. | |
| Sales Price | |
| G.L.A. | |
| Tot. Rooms | |
| Tot. Bedrms. | |
| Tot. Bathrms. | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## NO PHOTO 6

| | |
|---|---|
| Prox. to Subj. | |
| Sales Price | |
| G.L.A. | |
| Tot. Rooms | |
| Tot. Bedrms. | |
| Tot. Bathrms. | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Property Search Application - Miami-Dade County



# OFFICE OF THE PROPERTY APPRAISER
## Detailed Report

Generated On : 7/29/2015



### Property Information

| | |
|---|---|
| Folio: | 01-4115-008-0883 |
| Property Address: | 2355 SW 27 ST |
| Owner | JOSEPH HYDE |
| Mailing Address | 2355 SW 27 ST APT 4<br>MIAMI , FL 33133-2336 |
| Primary Zone | 4800 MULTI-FAMILY - 5 STORY & |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths / Half | 2 / 1 / 0 |
| Floors | 2 |
| Living Units | 1 |
| Actual Area | Sq.Ft |
| Living Area | Sq.Ft |
| Adjusted Area | 645 Sq.Ft |
| Lot Size | 1,250 Sq.Ft |
| Year Built | 1946 |

### Assessment Information

| Year | 2015 | 2014 | 2013 |
|---|---|---|---|
| Land Value | $43,750 | $20,000 | $15,625 |
| Building Value | $25,287 | $24,350 | $24,350 |
| XF Value | $320 | $324 | $328 |
| Market Value | $69,357 | $44,674 | $40,303 |
| Assessed Value | $48,766 | $44,333 | $40,303 |

### Benefits Information

| Benefit | Type | 2015 | 2014 | 2013 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $20,591 | $341 | |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

### Taxable Value Information

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| **County** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $48,766 | $44,333 | $40,303 |
| **School Board** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $69,357 | $44,674 | $40,303 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $48,766 | $44,333 | $40,303 |
| **Regional** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $48,766 | $44,333 | $40,303 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# Building Sketch

| Borrower/Client | Hyde, Joseph | | | | |
|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | | |
| City | Miami | County MIAMI-DADE | State FL | Zip Code 33133 |
| Lender | ORMDS | | | | |



30ft

Bedroom

Living

Kitchen

21,5ft

Bedroom       Bath       Dining

TOTAL Sketch by a la mode, inc.                    Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 645 Sq ft | | 21,5 × 30 = 645 |
| Total Living Area (Rounded): | 645 Sq ft | | |

# CMA - Page 1

## Search Criteria

**Search Name:** MARKET ANALYSIS CONDO
**Date:** August 2, 2015 9:18:17 AM

Page: 1

| Search Criteria Field | Operator | Criteria |
|---|---|---|
| Status | is | CS, A, S, PS |
| Closing Date | 6 months back | |
| SqFt Liv Area | is or less | 750 |
| #Beds | is | 1 |
| Waterfront Property (Y/N) | is | N |
| Year Built | is or less | 1990 |

### RE2 Standard Grid

| # | ML# | W | Status | Area | Complex Name | List Price | #Beds | #FB | #HB | Style | Address | Design |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A2083802 | 26 | CS | 41 | HARBOUR HILL | $219,000 | 1 | 1 | 0 | C42 | 2539 S BAYSHORE DR # 222AR | GARDNAPT |
| 2 | A2042279 | 15 | CS | 41 | Bayshore park condo | $199,000 | 1 | 1 | 0 | C41 | 2545 S BAYSHORE DR # 304 | NONE |
| 3 | A2100874 | 23 | CS | 41 | Harbor Hill Club | $218,000 | 1 | 1 | 0 | C41 | 2539 S BAYSHORE DR # 418AR | EASTUS1 |
| 4 | A2054376 | 17 | CS | 41 | Harbour Hill Club | $225,000 | 1 | 1 | 0 | C41 | 2539 S BAYSHORE DR # 227K | EASTUS1,GARDNAPT |
| 5 | A2081483 | 8 | CS | 41 | Harbour Hill Condo | $199,000 | 1 | 1 | 0 | C43 | 2539 S BAYSHORE DR # 327A | EASTUS1 |
| 6 | A2098012 | 10 | CS | 41 | COURTYARDS OF THE GROVE C | $159,000 | 1 | 1 | 0 | C42 | 3240 MARY ST # PH2S | OTHER |
| 7 | A2010027 | 10 | CS | 41 | Tigertail Bay Condo | ↓$189,900 | 1 | 1 | 0 | C42 | 2716 TIGERTAIL AV # 101 | EASTUS1,OTHER |
| 8 | A1981675 | 29 | CS | 41 | JARAGUA PLAZA | ↓$198,000 | 1 | 1 | 0 | C41 | 2690 SW 22 AV # 108 | HIGHRISE |
| 9 | A2092701 | 4 | CS | 41 | COURTYARDS OF THE GROVE | $169,000 | 1 | 1 | 0 | C41 | 3242 MARY ST # S215 | GARDNAPT |
| 10 | A1984302 | 3 | CS | 41 | Virginia Pointe | ↓$152,500 | 1 | 1 | 0 | C41 | 3245 VIRGINIA ST # 14 | EASTUS1,CORNER |
| 11 | A2053123 | 14 | CS | 41 | Virginia Pointe Condo | ↓$163,000 | 1 | 1 | 0 | C41 | 3245 VIRGINIA ST # 15 | GARDNAPT |
| 12 | A2051074 | 8 | CS | 41 | COURTYARDS AT THE GROVE | $148,000 | 1 | 1 | 0 | C41 | 2930 DAY AV # N106 | CORNER,GARDNAPT |
| 13 | A2052487 | 10 | CS | 41 | VIRGINIA POINTE | ↓$147,500 | 1 | 1 | 0 | C41 | 3245 VIRGINIA ST # 16 | INTERNAL |
| 14 | A2094631 | 10 | CS | 41 | VIRGINIA POINTE | $147,500 | 1 | 1 | 0 | C41 | 3245 VIRGINIA ST # 19 | INTERNAL |
| 15 | A2028426 | 13 | CS | 41 | Silver Bluff Condominium | ↓$145,000 | 1 | 1 | 0 | C41 | 2251 SW 27 ST # 5 | GARDNAPT,PATIO,REMODEL |
| 16 | A2092541 | 26 | CS | 41 | COURTYARDS OF THE GROVE | $135,000 | 1 | 1 | 0 | C41 | 3924 DAY AV # N112 | GARDNAPT,EASTUS1 |
| 17 | F1313164 | 8 | CS | 41 | COCO PALM CONDO | ↓$129,900 | 1 | 1 | 0 | C41 | 3071 SW 27th Ave # 22 | EXTERCAT |
| 18 | A2057539 | 11 | CS | 41 | Grove Gardens | $125,000 | 1 | 1 | 0 | C41 | 2498 SW 17 AV # 4110 | CORNER |
| 19 | A2113905 | 11 | CS | 41 | GROVE GARDEN CONDO | $119,900 | 1 | 1 | 0 | C41 | 2465 SW 18 AV # 3204 | GARDNAPT,WESTUS1,EXTERCAT |
| 20 | A2035878 | 6 | CS | 41 | COCO PALM CONDO | ↓$119,000 | 1 | 1 | 0 | C41 | 3071 SW 27 AV # 12 | CORNER |
| 21 | A2079410 | 10 | CS | 41 | Coco Palm Condo | $92,700 | 1 | 1 | 0 | C41 | 3071 SW 27 AV # 9 | OTHER |
| 22 | A2141407 | 11 | A | 41 | Grove Townhouses | $225,000 | 1 | 1 | 1 | T51 | 3025 MARY ST # 4 | EASTUS1,SPLTLEV |
| 23 | A2118745 | 6 | PS | 41 | Grove Townhouse Condo | $219,000 | 1 | 1 | 1 | | 3025 MARY ST # 2 | SPLTLEV |
| 24 | A2145053 | 7 | A | 41 | COURTYARDS OF THE GROVE | $205,000 | 1 | 1 | 0 | C41 | 3924 DAY AV # N112 | EASTUS1 |
| 25 | A2081639 | 24 | A | 41 | Gran Palazzo | $200,000 | 1 | 1 | 0 | C41 | 3101 SW 27 AV # 301 | EASTUS1 |
| 26 | A2138685 | 11 | PS | 41 | Jaragua Plaza | $175,000 | 1 | 1 | 0 | C41 | 2690 SW 22 AV # 109 | CORNER |
| 27 | A2115464 | 9 | PS | 41 | Grove Edge Condo | $144,900 | 1 | 1 | 0 | C41 | 2920 SW 28 TE # 403 | OTHER |

# CMA - Page 2

Page: 2

## RE2 Standard Grid

| #  | Yr Blt | #Gar | Wtrfrt? | ADOM | Sale Price | DOM |
|----|--------|------|---------|------|------------|-----|
| 1  | 1956   | 0    | N       | 11   | $219,000   | 11  |
| 2  | 1954   | 0    | N       | 75   | $215,500   | 75  |
| 3  | 1956   | 0    | N       | 8    | $215,000   | 8   |
| 4  | 1956   | 0    | N       | 22   | $212,500   | 22  |
| 5  | 1956   | 0    | N       | 8    | $199,000   | 8   |
| 6  | 1956   | 0    | N       | 84   | $184,100   | 84  |
| 7  | 1974   | 0    | N       | 197  | $180,500   | 197 |
| 8  | 1974   | 1    | N       | 340  | $165,000   | 340 |
| 9  | 1956   | 1    | N       | 12   | $165,000   | 12  |
| 10 | 1956   | 1    | N       | 187  | $147,500   | 187 |
| 11 | 1956   | 0    | N       | 68   | $145,000   | 68  |
| 12 | 1956   | 0    | N       | 23   | $142,500   | 23  |
| 13 | 1956   | 0    | N       | 61   | $141,500   | 61  |
| 14 | 1956   | 0    | N       | 7    | $140,000   | 7   |
| 15 | 1948   | 0    | N       | 100  | $136,000   | 100 |
| 16 | 1956   | 1    | N       | 16   | $135,000   | 16  |
| 17 | 1954   | 1    | N       | 108  | $127,000   | 108 |
| 18 | 1971   | 1    | N       | 50   | $120,000   | 50  |
| 19 | 1971   | 1    | N       | 39   | $115,000   | 39  |
| 20 | 1954   | 1    | N       | 108  | $114,500   | 108 |
| 21 | 1954   | 0    | N       | 13   | $88,000    | 13  |
| 22 | 1973   | 0    | N       | 26   |            |     |
| 23 | 1973   | 0    | N       | 27   |            | 27  |
| 24 | 1956   | 1    | N       | 20   |            |     |
| 25 | 1953   | 1    | N       | 151  |            |     |
| 26 | 1974   | 0    | N       | 15   |            | 15  |
| 27 | 1972   | 1    | N       | 25   |            | 25  |

# CMA - Page 3

**RE2 Standard Grid**

| # | MLS# | M | Status | Area | Complex Name | List Price | #Beds | #FB | #HB | Style | Address | Design |
|---|------|---|--------|------|--------------|------------|-------|-----|-----|-------|---------|--------|
| 28 | A1951565 | 18 | PS | 41 | Virginia Point | ↓ $135,000 | 1 | 1 | 0 | C41 | 3245 VIRGINIA ST # 20 | CORNER, GARDNAPT |
| 29 | A2071921 | 7 | A | 41 | Grove Gardens | ↓ $114,000 | 1 | 1 | 0 | C41 | 2465 SW 18 AV # 3302 | OTHER |
| 30 | A2058092 | 1 | PS | 41 | COURTYARDS OF THE GROVE | $80,000 | 1 | 1 | 0 | C41 | 3240 MARY ST # 5205 | OTHER |

# CMA – Page 4

RE2 Standard Grid

| # | Yr Blt | #Gar | Wtrfrt? | ADOM | Sale Price | DOM |
|---|--------|------|---------|------|-----------|-----|
| 28 | 1986 | 1 | N | 144 | | 144 |
| 29 | 1971 | 1 | N | 171 | | |
| 30 | 1986 | 0 | N | 2 | | 2 |

# Location Map

| Borrower/Client | Hyde, Joseph | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | | | | |
| City | Miami | | County MIAMI-DADE | | State FL | Zip Code 33133 | |
| Lender | ORMDS | | | | | | |



# Location Map

| Borrower/Client | Hyde, Joseph | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St | | | | | |
| City | Miami | County | MIAMI-DADE | State | FL | Zip Code 33133 |
| Lender | ORMDS | | | | | |





**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**

**FLORIDA REAL ESTATE APPRAISAL BD**          850-487-1395
**1940 N. MONROE ST.**
**TALLAHASSEE          FL 32399-0783**

SELLAS, ADOLFO J
8043 NW 114 PATH
DORAL          FL 33178

Congratulations! With this license you become one of the nearly one million Floridians licensed by the Department of Business and Professional Regulation. Our professionals and businesses range from architects to yacht brokers, from boxers to barbeque restaurants, and they keep Florida's economy strong.

Every day we work to improve the way we do business in order to serve you better. For information about our services, please log onto www.myfloridalicense.com. There you can find more information about our divisions and the regulations that impact you, subscribe to department newsletters and learn more about the Department's initiatives.

Our mission at the Department is: License Efficiently, Regulate Fairly. We constantly strive to serve you better so that you can serve your customers. Thank you for doing business in Florida, and congratulations on your new license!



---

**DETACH HERE**

RICK SCOTT, GOVERNOR                                    KEN LAWSON, SECRETARY

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**FLORIDA REAL ESTATE APPRAISAL BD**

LICENSE NUMBER
**RD4290**

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2016

SELLAS, ADOLFO J
8043 NW 114 PATH
DORAL          FL 33178





ISSUED:   11/17/2014          DISPLAY AS REQUIRED BY LAW          SEQ #  L1411170001387

Form SC1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# E&O INSURANCE

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
07/15/15

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Transcontinental Insurance Group | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| 4095 SW 137 Ave. Unit # 10 | E-MAIL ADDRESS: | |
| Miami, FL 33175 | PRODUCER CUSTOMER ID #: | |
| Phone (305) 671-3500      Fax (305) 671-3273 | INSURER(S) AFFORDING COVERAGE | NAIC # |
| INSURED | INSURER A : LEXINGTON INSURANCE COMPANY | |
| ON TIME APPRAISAL SERVICE ,INC AND ADOLFO SELLAS | INSURER B : | |
| 8043 NW 114 Path Doral, Fl 33178 | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | ☐ | | | | | | PERSONAL & ADV INJURY | $ |
| | ☐ | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | | |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ SCHEDULED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | ☐ HIRED AUTOS | | | | | | | |
| | ☐ NON-OWNED AUTOS | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DEDUCTIBLE | | | | | | | $ |
| | ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Errors and Ommission | | | 5584-1 | 07/15/2015 | 07/15/2016 | 1000,0000 ea 1000,0000 aggregate | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

ACORD 25 (2009/09) QF

# USPAP ADDENDUM

File No. 26432107

| | |
|---|---|
| Borrower | Hyde, Joseph |
| Property Address | 2355 SW 27th St |
| City | Miami |
| County | MIAMI-DADE |
| State | FL |
| Zip Code | 33133 |
| Lender | ORMDS |

**This report was prepared under the following USPAP reporting option:**

☒ **Appraisal Report**      This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ **Restricted Appraisal Report**      This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:      180 DAYS

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

| **APPRAISER:** | **SUPERVISORY APPRAISER: (only if required)** |
|---|---|
| Signature: | Signature: |
| Name: ADOLFO J. SELLAS | Name: |
| Date Signed: 08/06/2015 | Date Signed: |
| State Certification #: CERT. RES. RD 4290 | State Certification #: |
| or State License #: | or State License #: |
| State: FL | State: |
| Expiration Date of Certification or License: 11/30/2016 | Expiration Date of Certification or License: |
| Effective Date of Appraisal: 05/01/2015 | Supervisory Appraiser Inspection of Subject Property: |
| | ☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior |

File No. 26432107

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Condition Ratings and Definitions

### C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

### C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

### C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

### C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

### C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

### C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

### Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

### Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Quality Ratings and Definitions (continued)

### Q3
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

### Q4
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

### Q5
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

### Q6
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

### Not Updated
**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

### Updated
**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

### Remodeled
**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Abbreviations Used In Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |
| | | |

UAD Version 9/2011 (Updated 1/2014)

File No. 26432107

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |