# APPRAISAL OF REAL PROPERTY



## LOCATED AT
2355 SW 27th St Apt 4
Miami, FL 33133
Lots 40 & 41 BLK 40 SILVER BLUFF EST SEC C PB 10-65

## FOR
Joseph Hyde
2355 SW 27 Street, Apt 4
Miami, FL 33133

## AS OF
05/04/2015

## BY
Ralph Peña, Jr., St.Cert.Gen.REA
Pena Appraisal Services, Inc.
5402 W. Flagler Street
Miami, FL 33134
(305) 448-5241
orders@penaappraisal.com

Peña Appraisal Services Inc.

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: RPRTP2355

## SUBJECT
- Property Address: 2355 SW 27 Street     Unit #: 4     City: Miami     State: FL
- Zip Code: 33133     County: Miami-Dade     Legal Description: Lots 40 & 41 BLK 40 SILVER BLUFF EST SEC C PB 10-65
- Assessor's Parcel #: 01-4115-008-0882
- Tax Year: 2014     R.E. Taxes: $ 1,388.13     Special Assessments: $ N/A     Borrower (if applicable): Joseph Hyde
- Current Owner of Record: Joseph Hyde     Occupant: ☒ Owner ☐ Tenant (Market Rent) ☐ Tenant (Regulated Rent) ☐ Vacant
- Project Type: ☒ Condominium ☐ Other (describe)     HOA: $ 0  ☐ per year ☐ per month
- Market Area Name: Silver Bluff Estates     Map Reference: T-54 R-41 S-15     Census Tract: 0069.00
- Project Name: Silver Bluff Estates     Phase: 1

## ASSIGNMENT
- The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
- This report reflects the following value (if not Current, see comments): ☐ Current (the Inspection Date is the Effective Date) ☒ Retrospective ☐ Prospective
- Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach  (See Reconciliation Comments and Scope of Work)
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
- Intended Use: To determine the market value of the subject property retrospectively as of May 04, 2015.
- Intended User(s) (by name or type): Jose E. Lopez
- Client: Joseph Hyde     Address: 2355 SW 27 Street, Apt 4, Miami, FL 33133
- Appraiser: Ralph Peña, Jr., St.Cert.Gen.REA     Address: 5402 W. Flagler Street, Miami, FL 33134

## MARKET AREA DESCRIPTION

| | | | | | Predominant Occupancy | Condominium Housing | | Present Land Use | | Change in Land Use | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | | | PRICE $(000) | AGE (yrs) | One-Unit | 100 % | ☒ Not Likely | |
| Built up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | | | | | 2-4 Unit | % | ☐ Likely * | ☐ In Process * |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | | ☒ Owner | 52 | Low | Multi-Unit | % | * To: | |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | | ☐ Tenant | 725 | High | Comm'l | % | | |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | | ☒ Vacant (0-5%) | 264 | Pred | | | | |
| Marketing time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. | | ☐ Vacant (>5%) | | 24 | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The subject is located in the City of Miami within the condominium complex known as "Silver Bluff Estates". The complex consists of 4 condo units that are similar to the subject in terms of age, size, and appeal. The area is bound to the North by SW 22nd Street, to the South by US-1, to the East by SW 22nd Avenue, and to the West by SW 27th Avenue.

The subject's market is considered to be stable with supply and demand being in balance. Marketing time is estimated to be between 3 to 6 months.

## PROJECT SITE DESCRIPTION

- Zoning Classification: T5 R     Description: Urban Center Zone-Restricted
- Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
- Ground Rent (if applicable) $ _____ / _____     Comments: N/A
- Highest & Best Use as improved (or as proposed per plans & specifications): ☒ Present use, or ☐ Other use (explain) _____
- Actual Use as of Effective Date: 05/04/2015     Use as appraised in this report: Single Family Condominium
- Summary of Highest & Best Use: The highest and best use of the subject property is of single family condominium.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Density | Appears Adequate |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Typical for neighborhood |
| Gas | ☐ | ☐ | None | Curb/Gutter | Swale | ☒ | ☐ | Topography | Level to street |
| Water | ☒ | ☐ | | Sidewalk | Concrete | ☒ | ☐ | View | Residential/Avg. |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Pole Mounted | ☒ | ☐ | | |
| Storm Sewer | ☒ | ☐ | | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No FEMA Flood Zone X     FEMA Map # 12086C0476L     FEMA Map Date 09/11/2009
Site Comments: No adverse environmental conditions noted. The subject conforms to all zoning requirements.

## PROJECT INFORMATION

Data source(s) for project information: Public Records/MLS
Project Description: ☐ Detached ☐ Row or Townhouse ☒ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description of Project | | | | Subject Phase | # | If Project Completed | # | If Project Incomplete | # |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories | 2 | Exterior Walls | CBS | Units | 4 | Phases | 1 | Planned Phases | N/A |
| # of Elevators | 0 | Roof Surface | Shingle | Units Completed | 4 | Units | 4 | Planned Units | N/A |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Total # Parking | N/A | Units For Sale | 4%+/- | Units for Sale | 4%+/- | Units for Sale | N/A |
| Design (Style) | Condo | Ratio (spaces/unit) | 2:1 | Units Sold | 4 | Units Sold | 4 | Units Sold | N/A |
| Actual Age (Yrs.) | 69 | Parking Type(s) | Assigned | Units Rented | 5%+/- | Units Rented | 5%+/- | Units Rented | N/A |
| Effective Age (Yrs.) | 15 | Guest Parking | O.S.P. | Owner Occup. Units | 95%+/- | Owner Occup. Units | 95%+/- | Owner Occup. Units | N/A |

Project Primary Occupancy: ☒ Principal Residence ☐ Second Home or Recreational ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No
Management Group: ☐ Homeowners' Association ☐ Developer ☐ Management Agent (name of management agent or company): The subject property does not have a management group. The owners of each condominium have taken responsibility to maintain the property.
Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No   If Yes, describe the original use and date of conversion.
Are CC&Rs applicable? ☐ Yes ☐ No ☒ Unknown   Have the documents been reviewed? ☐ Yes ☒ No   Comments: _____

Project Comments (condition, quality of construction, completion status, etc.): The subject property was in overall average condition having been properly maintained.

Common Elements and Recreational Facilities: The subject is a four unit apartment building with four owners each having a separate tax number and owning 1/4 interest in the property. There are no condominium documents but there is an understanding by the four owners to maintain the property and any cost for repairs. The closes comparison were condominium ownerships since this is a unique situation.

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE     6/2007

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: RPRTP2355

## PROJECT ANALYSIS

Summary of condominium project budget analysis for the current year (if analyzed): The condominium budget was not provided to the appraiser.

Other fees for the use of the project facilities (other than regular HOA charges): No other fees for the use of the project facility were noted.

Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low (If High or Low, describe)

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes ☒ No   If Yes, describe and explain the effect on value and marketability.

## DESCRIPTION OF THE UNIT IMPROVEMENTS

Unit Charge: $ _____ per month X 12 = $ _____ per year.   Annual assessment charge per year per SF of GLA = $ _____
Utilities included in the Unit Charge: ☒ None ☐ Heat ☐ Air Conditioning ☐ Electricity ☐ Gas ☐ Water ☐ Sewer ☐ Cable ☐ Other
Source(s) used for physical characteristics of property: ☒ New Inspection ☐ Previous Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☐ Prior Inspection
☒ Property Owner ☐ Other (describe)   Data Source for Gross Living Area

| General Description | | Exterior Description | | Foundation | ☒ N/A | Basement | ☒ N/A | Heating | Yes |
|---|---|---|---|---|---|---|---|---|---|
| Floor Location | 2 | Foundation | Concrete | Slab | | Area Sq. Ft. | | Type | FWA |
| # of Levels | 1 | Exterior Walls | CBS | Crawl Space | | % Finished | | Fuel | Electric |
| Design (Style) | Condo | Roof Surface | Shingle | Basement | | Ceiling | | | |
| ☒ Existing ☐ Proposed | | Gutters & Dwnspts. | None | Sump Pump ☐ | | Walls | | Cooling | Yes |
| ☐ Under Construction | | Window Type | Awning | Dampness ☐ | | Floor | | Central | Yes |
| Actual Age (Yrs.) | 69 | Storm/Screens | No/Yes | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 15 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☒ N/A | Amenities | | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | C.Tile/Avg. | Refrigerator | ☒ | Stairs ☐ | Fireplace(s) # 0 | Woodstove(s) # 0 | | ☐ Garage | # ____ |
| Walls | Drywall/Avg. | Range/Oven | ☒ | Drop Stair ☐ | Patio N/A | | | ☐ Covered | # ____ |
| Trim/Finish | Wood/Avg. | Disposal | ☐ | Scuttle ☐ | Deck N/A | | | ☒ Open | # 2 |
| Bath Floor | C.Tile/Avg. | Dishwasher | ☐ | Doorway ☐ | Porch N/A | | | Total # of cars | 2 |
| Bath Wainscot | C.Tile/Avg. | Fan/Hood | ☒ | Floor ☐ | Fence N/A | | | ☒ Assigned | |
| Doors | Wood/Glass/Avg. | Microwave | ☒ | Heated ☐ | Pool N/A | | | ☐ Owned | |
| | | Washer/Dryer | ☐ | Finished ☐ | Balcony N/A | | | Space #(s) N/A | |

Finished area **above** grade contains:   4 Rooms   2 Bedrooms   1 Bath(s)   705 Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered? ☒ Yes ☐ No (If No, describe) _____

Additional features: No additional features were considered for the purpose of this appraisal.

Describe the condition of the property (including physical, functional and external obsolescence): The subject property was in overall average condition having been properly maintained and updated. No physical, functional, or external obsolescence were noted.

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): Public Records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: The subject property has not transferred within the past three years. |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |


Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
6/2007

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: RPRTP2355

## SALES COMPARISON APPROACH TO VALUE (if developed)  ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2355 SW 27th St Apt 4 Miami, FL 33133 | 3620 SW 10th St Apt 4B Miami, FL 33135 | | 3490 SW 9th Ter # 11B Miami, FL 33135 | | 3590 SW 9th Ter # 12B Miami, FL 33135 | |
| Project | Silver Bluff Estates | Coral Gardens Condo | | Coral Gardens Condo | | Coral Gardens Condo | |
| Phase | 1 | 1 | | 1 | | 1 | |
| Proximity to Subject | | 1.85 miles NW | | 1.85 miles NW | | 1.85 miles NW | |
| Sale Price | $ N/A | $ 75,000 | | $ 89,124 | | $ 75,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 103.45 /sq.ft. | | $ 122.93 /sq.ft. | | $ 103.45 /sq.ft. | |
| Data Source(s) | Public Records | Public Records/MLS | | Public Records/MLS | | Public Records/MLS | |
| Verification Source(s) | Inspection | Realtor - Joel Freis | | Realtor - Stephen Sibiga | | Realtor - Yamilet Guntin | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | N/A | REO; Cash | | REO; Cash | | Short Sale; FHA | |
| Concessions | N/A | No Concessions | | No Concessions | | No Concessions | |
| Date of Sale/Time | N/A | 11/03/2014 | | 09/24/2014 | | 12/01/2014 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Interior/Avg. | Interior/Avg. | | Interior/Avg. | | Interior/Avg. | |
| HOA Fees ($/Month) | N/A | 150.00 | | 150.00 | | 150.00 | |
| Common Elements and | N/A | Common Area | | Common Area | | Common Area | |
| Recreational Facilities | N/A | Parking | | Parking | | Parking | |
| Floor Location | 2 | 1 | | 2 | | 2 | |
| View | Residential/Avg. | Residential/Avg. | | Residential/Avg. | | Residential/Avg. | |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | CBS | CBS | | CBS | | CBS | |
| Age | 69 | 66 | | 66 | | 66 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 4  2  1 | 4  2  1 | | 4  2  1 | | 4  2  1 | |
| Gross Living Area | 705 sq.ft. | 725 sq.ft. | | 725 sq.ft. | | 725 sq.ft. | |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | CAC | CAC | | CAC | | CAC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Parking | O.S.P. | O.S.P. | | O.S.P. | | O.S.P. | |
| Porch/Patio/Deck | No Balcony | No Balcony | | No Balcony | | No Balcony | |
| Condo Association | No | Yes | -5,000 | Yes | -5,000 | Yes | -5,000 |
| Net Adjustment (Total) | | ☐ + ☒ − $ | -5,000 | ☐ + ☒ − $ | -5,000 | ☐ + ☒ − $ | -5,000 |
| Adjusted Sale Price of Comparables | | $ | 70,000 | $ | 84,124 | $ | 70,000 |

Summary of Sales Comparison Approach   Comparables 1 was an REO sale which sold through the MLS.  Comparable 2 was a short sale that sold through the MLS.  Comparable 3 was an arms length sale.  All three comparables were considered superior since they were condominium with written documents as opposed to the verbal agreement of the subject.

Indicated Value by Sales Comparison Approach $   70,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
6/2007
GP CONDO

# INDIVIDUAL CONDO UNIT APPRAISAL REPORT

File No.: RPRTP2355

## INCOME APPROACH TO VALUE (if developed)
☒ The Income Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE RENTAL # 1 | COMPARABLE RENTAL # 2 | COMPARABLE RENTAL # 3 |
|---|---|---|---|---|
| Address | 2355 SW 27th St Apt 4, Miami, FL 33133 | | | |
| Project | Silver Bluff Estates | | | |
| Phase | 1 | | | |
| Proximity to Subject | | | | |
| Current Monthly Rent | $ | $ | $ | $ |
| Rent/GLA | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. | $ /sq.ft. |
| Rent Control | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Data Source(s) | | | | |
| Date of Lease(s) | | | | |
| Location | Interior/Avg. | | | |
| View | | | | |
| Age | 69 | | | |
| Condition | Average | | | |
| Above Grade Room Count | Total 4 / Bdrms 2 / Baths 1 | Total / Bdrms / Baths | Total / Bdrms / Baths | Total / Bdrms / Baths |
| Gross Living Area | 705 sq.ft. | sq.ft. | sq.ft. | sq.ft. |
| Utilities Included | | | | |

Summary of Income Approach (including support for market rent and GRM):

Opinion of Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

## COST APPROACH TO VALUE (if developed)
☒ The Cost Approach was not developed for this appraisal.

Summary of Cost Approach:

Indicated Value by: Sales Comparison Approach $ 70,000   Cost Approach (if developed) $ _____   Income Approach (if developed) $ _____

Final Reconciliation   Final reliance is given to the Direct Sales Comparison Approach. **THIS IS A RETROSPECTIVE APPRAISAL BEING PERFORMED AS OF May 4, 2015.**

This appraisal is made ☐ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☒ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: Subject to the extraordinary assumption that the subject was in the same condition on September 20, 2014 as it was on the day of the inspection.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 70,000 , as of: 05/04/2015 , which is the effective date of this appraisal.** If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains _____ pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
- ☒ Scope of Work
- ☐ Limiting Cond./Certifications
- ☐ Narrative Addendum
- ☒ Photograph Addenda
- ☒ Sketch Addendum
- ☒ Map Addenda
- ☐ Additional Sales
- ☐ Additional Rentals
- ☐ Flood Addendum
- ☐ Hypothetical Conditions
- ☐ Extraordinary Assumptions
- ☐ Budget Analysis

Client Contact: _____   Client Name: Joseph Hyde
E-Mail: _____   Address: 2355 SW 27 Street, Apt 4, Miami, FL 33133

### APPRAISER

Appraiser Name: Ralph Peña, Jr., St.Cert.Gen.REA
Company: Pena Appraisal Services, Inc.
Phone: (305) 448-5241   Fax: _____
E-Mail: orders@penaappraisal.com
Date of Report (Signature): 08/11/2015
License or Certification #: RZ-67   State: FL
Designation: _____
Expiration Date of License or Certification: 11/30/2016
Inspection of Subject: ☒ Interior & Exterior   ☐ Exterior Only   ☐ None
Date of Inspection: 08/07/2015

### SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)
Supervisory or Co-Appraiser Name: _____
Company: _____
Phone: _____   Fax: _____
E-Mail: _____
Date of Report (Signature): _____
License or Certification #: _____   State: _____
Designation: _____
Expiration Date of License or Certification: _____
Inspection of Subject: ☐ Interior & Exterior   ☐ Exterior Only   ☐ None
Date of Inspection: _____

**GP CONDO**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCONDO — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   6/2007

## Supplemental Addendum

File No. RPRTP2355

| | |
|---|---|
| Borrower/Client | Joseph Hyde |
| Property Address | 2355 SW 27th St Apt 4 |
| City Miami | County Miami-Dade    State FL    Zip Code 33133 |
| Lender | Joseph Hyde |

SCOPE OF THE APPRAISAL
The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the market area.  The scope of this report is to determine market value for the private use of the client in the sale of the property. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available.  The original source is presented first.  The sources and data are considered reliable.  When conflicting information was provided, the source deemed most reliable has been used.  Data believed to be unreliable was not included in this report nor was used as a basis for the value conclusion.

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Joseph Hyde | | | File No. RPRTP2355 |
| Property Address | 2355 SW 27th St Apt 4 | | | |
| City | Miami | County Miami-Dade | State FL | Zip Code 33133 |
| Lender | Joseph Hyde | | | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Report is one of the following types:**

☒ **Appraisal Report** (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ **Restricted Appraisal Report** (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Reasonable Exposure Time
(USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is: **3 to 6 months.**

### Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:
The appraiser often has to rely on third party information in the appraisal process. This includes public records, multiple listing information and pictures. The appraiser reserves the right to make any changes to the appraisal and the value conclusion should there be an error in any of this information. By accepting this appraisal, the client understands that the appraiser's liability are limited only to the appraisal fee in cases of litigation.

The sketch is not a survey or an architectural plan. It is used by the appraiser as part of his worksheet. It is in the appraisal only for the purpose of assisting the client in understanding the final work product. It should not be relied on by any other third party. A professional surveyor or architect should be hired for these purposes.

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *[signed]* | Signature: |
| Name: Ralph Peña, Jr., St.Cert.Gen.REA | Name: |
| State Certification #: RZ-67 | State Certification #: |
| or State License #: | or State License #: |
| State: FL  Expiration Date of Certification or License: 11/30/2016 | State:  Expiration Date of Certification or License: |
| Date of Signature and Report: 08/11/2015 | Date of Signature: |
| Effective Date of Appraisal: 05/04/2015 | |
| Inspection of Subject: ☐ None  ☒ Interior and Exterior  ☐ Exterior-Only | Inspection of Subject: ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only |
| Date of Inspection (if applicable): 08/07/2015 | Date of Inspection (if applicable): |

**Building Sketch**

| Borrower/Client | Joseph Hyde | | | | |
|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St Apt 4 | | | | |
| City | Miami | County | Miami-Dade | State FL | Zip Code 33133 |
| Lender | Joseph Hyde | | | | |



TOTAL Sketch by a la mode, inc.        **Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 705 Sq ft | 30 × 22 = 660 |
| | | 3 × 15 =  45 |
| **Total Living Area (Rounded):** | **705 Sq ft** | |

## Location Map

| Borrower/Client | Joseph Hyde | | | | |
|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St Apt 4 | | | | |
| City | Miami | County | Miami-Dade | State FL | Zip Code 33133 |
| Lender | Joseph Hyde | | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| Borrower/Client | Joseph Hyde | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2355 SW 27th St Apt 4 | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code 33133 |
| Lender | Joseph Hyde | | | | | |



### Subject Front
2355 SW 27th St Apt 4
Sales Price         N/A
Gross Living Area   705
Total Rooms         4
Total Bedrooms      2
Total Bathrooms     1
Location            Interior/Avg.
View                Residential/Avg.
Site
Quality             CBS
Age                 69



### Subject Rear



### Subject Street

## Interior Photos

| | | | |
|---|---|---|---|
| Borrower/Client | Joseph Hyde | | |
| Property Address | 2355 SW 27th St Apt 4 | | |
| City | Miami | County Miami-Dade | State FL   Zip Code 33133 |
| Lender | Joseph Hyde | | |










## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Joseph Hyde |
| Property Address | 2355 SW 27th St Apt 4 |
| City | Miami  County Miami-Dade  State FL  Zip Code 33133 |
| Lender | Joseph Hyde |



### Comparable 1
3620 SW 10th St Apt 4B
Prox. to Subject   1.85 miles NW
Sales Price        75,000
Gross Living Area  725
Total Rooms        4
Total Bedrooms     2
Total Bathrooms    1
Location           Interior/Avg.
View               Residential/Avg.
Site
Quality            CBS
Age                66



### Comparable 2
3490 SW 9th Ter # 11B
Prox. to Subject   1.85 miles NW
Sales Price        89,124
Gross Living Area  725
Total Rooms        4
Total Bedrooms     2
Total Bathrooms    1
Location           Interior/Avg.
View               Residential/Avg.
Site
Quality            CBS
Age                66



### Comparable 3
3590 SW 9th Ter # 12B
Prox. to Subject   1.85 miles NW
Sales Price        75,000
Gross Living Area  725
Total Rooms        4
Total Bedrooms     2
Total Bathrooms    1
Location           Interior/Avg.
View               Residential/Avg.
Site
Quality            CBS
Age                66