

Date: **August 21, 2015**

|  |  |
|---|---|
| **EXL LEGAL PLLC** | Loan Number: **0098311178** |
| **SUITE 200** | Client: **JOSEPH HYDE and VIVIAN ROMERO** |
| **12425 28TH STREET** | |
| **NORTH** | Property Address: |
| **ST. PETERSBURG, FL** | **2400 SW 20 ST** |
| **33716** | **MIAMI, FL 33145** |

Subject: Urgent-Please forward enclosed documents to borrower(s) or their attorney.

Dear **SUITE 200**:

I've enclosed a copy of important documents for the above borrower(s) in mediation. These documents provide the borrower(s) with time sensitive information about a home preservation review. Please forward the enclosed documents to the borrower or borrower's attorney as soon as possible.

Thank you for your prompt attention to this matter. If you have any questions, please call me at the number listed below.

Sincerely,

RYAN WEST

Home Preservation Specialist
855-329-6227 Ext. 3258
Wells Fargo Home Mortgage

Enclosure(s)

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. ©2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801 2/14

---

**Mediation Attorney Cover Letter**

Page 1 of 1

**Letter ID: ME002**
**26809MU 02/14**



*0098311178*



Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306

August 21, 2015

| Account Information | |
| --- | --- |
| **Online:** | Yourwellsfargomortgage.com |
| **Fax:** | 1-866-278-1179 |
| **Telephone:** | 855-329-6227 |
| **Correspondence:** | PO Box 10355 |
| | Des Moines, IA  50306 |
| **Hours of Operation:** | Monday – Thursday, 7:00 a.m. – 9:00 p.m. |
| | Friday, 7:00 a.m. – 8:00 p.m. |
| | Saturday, 8:00 a.m. – 4:00 p.m. Central Time |
| **Loan Number:** | 0098311178 |
| **Property Address:** | 2400 SW 20 ST |
| | MIAMI, FL  33145 |

JOSEPH HYDE and VIVIAN ROMERO
2400 SW 20 ST
Miami, FL 33145

Subject: FHA Home Affordable Modification Program (HAMP) trial plan

Dear JOSEPH HYDE and VIVIAN ROMERO,

Thank you for contacting us regarding your financial hardship on the loan mentioned above. Our goal is simple. We want to ensure that you have every opportunity to retain your home. Based on our telephone conversation and the financial information you provided, we would like to offer you an FHA Home Affordable Modification Program (HAMP) trial plan.

Please note: As a result of your bankruptcy case, this letter is not an attempt to collect a debt from you or in any way violate any provision of the United States Bankruptcy Code. This letter has been sent to you for informational purposes only. This is not a bill or a request for payment, or a statement that you are personally obligated in any way to make a payment. Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

## Your important next steps

To accept this offer please call the phone number listed below no later than 15 calendar days from the date listed at the top of this letter or please send in your first monthly trial period payment by the due date, as listed below, instead of your normal monthly mortgage payment. Also, please sign and return a copy of the "FHA HAMP Trial Plan Terms and Conditions" document that is enclosed in this package.

Please send your signed FHA HAMP Trial Plan Terms and Conditions agreement and all Trial Plan payments to:

Wells Fargo Home Mortgage
1200 W 7th Street

---

**FHA HAMP Trial**

95338MU 11/13 Rev. 7/15



Suite L2-200
Los Angeles, CA 90017

While we reviewed your loan for this program we looked at other programs you may have been eligible for. Here is the result of that review:

| Program name: | Program description: | At this time, you do not meet the requirements of this program because: |
|---|---|---|
| Loan Modification | A loan modification is a written agreement that modifies a customer's original loan terms to create more affordable payments. This home preservation option is available to customers whose loan is three or more payments past due and who have demonstrated the ability to pay the modified mortgage payments based on income, expenses and other obligations in default or imminent default (one or more payments are — or will soon be — more than 30 days late) and whose debt-to-income ratio meets product qualification guidelines. | Based on the documentation you provided, we are unable to reduce your principal and interest, property taxes and hazard insurance payment by 10% or more and at least $100. We reached this decision by reviewing your monthly income, which is calculated as $9,112.92, along with reviewing the other information you provided. |
| Repayment Plan | A repayment plan is a home preservation option for a borrower who is able to make larger-than-contractual monthly mortgage payments but cannot pay the outstanding balance due in a lump sum to bring their delinquency current. The repayment plan allows a financially able borrower to bring their delinquency current within an agreed-upon period. At the end of the repayment plan period, the borrower goes back to making their contractual monthly mortgage payments. | Based on the documentation you provided, we are unable to create an affordable mortgage payment that still meets the requirements of the program. We reached this decision by reviewing your monthly income, which is calculated as $9,112.92, along with reviewing the other information you provided.<br><br>Any available mortgage assistance programs would conflict with the terms of your current bankruptcy plan or increase your payment. |

As part of the review, Wells Fargo Home Mortgage used a process to determine which option best matched your circumstances. Once we reviewed and approved you for this program, we stopped reviewing you for other options that were considered less of a match to your circumstances.

## You have the right to appeal this decision
Carefully read over this letter, which states Wells Fargo Home Mortgage's decision. If you believe the decision is incorrect and want to appeal the decision, you may submit your appeal request in writing or by phone.



If you choose to submit your appeal request in writing, we have enclosed an Appeal Request Form for your convenience. Or you can write a letter of your own that explains the reason you disagree with the decision.

## You can initiate an appeal in one of three ways:

1. Fax your appeal request to 1-866-590-8910.

2. Mail your appeal request to:

      Wells Fargo Home Mortgage
      1000 Blue Gentian Road
      Suite 300 MAC X9999-01N
      Eagan, MN 55121

3. Call 1-877-816-4914 and follow the prompts.

If you choose to submit your appeal request in writing, by fax or mail - using the enclosed form or a letter of your own - please specify which of these two options applies to you.

**Option A.** I want to appeal the decision I received. I have enclosed additional information for your consideration, and/or I have no further information to provide. I understand Wells Fargo Home Mortgage will review the decision immediately based on the additional information I have provided (if applicable), or on the information they currently have.

**Option B.** I will be appealing the decision I received. I will submit additional information for your consideration at a later time. I understand that if Wells Fargo Home Mortgage does not receive my additional information by September 4, 2015, Wells Fargo Home Mortgage will immediately move forward with a review of the decision.

## Appeal request guidelines:

If you do not specify your intention for providing additional information, by selecting one of the two options above, we will follow the process described in Option B.

If you are disputing the value of your property used in the decision, you must indicate the specific value you believe is more accurate.

We must receive your appeal request, with any additional information (as applicable) by September 4, 2015.

After an appeal is initiated, if you selected Option B and we do not receive your additional information by September 4, 2015, we will review the decision based on the information we have at that time.

You may have recently received a separate communication regarding another review we completed. Our decision regarding that review is also appealable, subject to the timelines and guidelines here.

Be sure to include your loan number on your appeal request and any additional information.

If you choose to initiate your request by phone, make sure to have your loan number available and follow the phone prompts carefully.

## Please note

After we receive your appeal request, you will receive a letter that confirms receipt of your request and outlines next steps in the appeal process. As your home preservation specialist, I remain available to assist you with any questions you may have about this letter, but you must initiate an appeal request in one of the three ways listed above.

---

**FHA HAMP Trial**

95338MU 11/13 Rev. 7/15



## Talk to me about your other options

There may be other options available to help you avoid a foreclosure sale, provided you meet the requirements.

If the amount you owe on your mortgage is higher than what you think you can sell your house for, you may want to consider what is known as a "short sale". This option could allow you to list your home for sale, for an amount that is less than you owe.

During the short sale process, you'll need to submit documentation to us that we will evaluate. For example, a short sale requires a purchase contract. Once we receive a purchase contract Wells Fargo Home Mortgage will review the terms of the contract and obtain the appraised value of the property.

If you are interested in a short sale, contact me right away. I can help explain the short sale process, guidelines and your eligibility.

If you are unable to sell your home or find a short sale is not the right alternative to foreclosure for you, another option to consider might be a deed in lieu of foreclosure, sometimes referred to as a Mortgage Release. If you are interested in a deed in lieu of foreclosure, please contact me right away so we can determine your eligibility and coordinate an appraisal and inspection of your property.

Keep in mind if you accept a deed in lieu of foreclosure, you must agree to vacate the property within an agreed upon time.

During this period, I am requesting that you maintain contact with my office in order to establish acceptable arrangements for bringing your loan current. If you need additional assistance, please contact me at the number listed below.

## I'm here for you

If you have any questions about the information in this letter, please call the phone number listed below.

Sincerely,

RYAN WEST

**Home Preservation Specialist**
**1-855-329-6227 Ext. 3258**
**Wells Fargo Home Mortgage**

---

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call 1-800-569-4287 (TDD 1-800-877-8339). You can also call HOPE Hotline at 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage

---

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2015 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

---



**FHA HAMP Trial Plan – TERMS AND CONDITIONS**

- Currently, your loan is due for **36** payments, from **September 1, 2012** through **August 1, 2015**. The indebtedness of the referenced loan is in default and in consideration of extending forbearance for a period of time, it is necessary that you indicate your understanding and acceptance of the terms of this trial plan by immediately signing and returning this plan.

- Payments must be made strictly in accordance with the enclosed payment schedule and trial plan conditions. This trial plan is an agreement to temporarily accept reduced payments that are estimated to be the final FHA HAMP modified payment amount. Upon successful completion of the specified trial payments as outlined in this trial plan, your loan will be reviewed for a final FHA HAMP Modification, based on investor approval, which will satisfy the remaining past due amount on your loan.

- The lender is under no obligation to enter into any further agreement, and this trial plan shall not constitute a waiver of the lender's right to insist upon strict performance in the future.

- All of the provisions of the Note and Security Instrument, except as herein provided shall remain in full force and effect. Any breach of any provision of this trial plan or non-compliance with this trial plan, shall render the plan null and void, and at the option of the lender without any further notice to you may terminate this trial plan. The lender, at its option, may institute foreclosure proceedings according to the terms of the Note and Security Instrument without regard to this trial plan agreement. In the event of foreclosure, you may incur additional expenses of attorney's fees and foreclosure costs.

- Payment Breakout:

  Principal and interest amount: $**1,520.63**
  Escrowed property insurance amount: $**176.25**
  Escrowed property taxes amount: $**195.22**
  Escrowed mortgage insurance amount: $**107.12**
  Total Trial Period Plan payment amount: $**1,999.22**

  Each payment must be remitted according to the schedule below:

| Trial Period Plan | Amount | Due by |
|---|---|---|
| Payment # 1 | $1,999.22 | October 1, 2015 |
| Payment # 2 | $1,999.22 | November 1, 2015 |
| Payment # 3 | $1,999.22 | December 1, 2015 |

  The trial payment amounts above include principal, interest, and escrow amounts. As you know, when you make your mortgage payment, we deposit a portion of it into your escrow account to cover the costs of your real estate taxes and property insurance. Then, when your real estate taxes and property insurance premiums are due, we withdraw funds to pay those bills in full and on time for you. That way, you don't have to worry about budgeting or making those payments separately.

  Please note that your trial plan may extend beyond the dates provided. For that reason, continue making your trial plan payments in the same amount by the same day of each month you currently make your trial plan payments until your home preservation specialist advises that you may move forward with a final modification or that you are no longer eligible for FHA HAMP.



Some reasons for the extension could be tied to other liens you have on your property that may be required to be cleared prior to final approval of your modification. For example, we may need to receive a subordination agreement* from the other lenders so that we can maintain our lien position; or if you have a judgment placed on your property you may be required to pay off the lien. Your mortgage may only be modified after we determine all your trial period payments were made on time and you submitted all the required documents, including any title clearance requirements, as described above. If you fail to provide a subordination agreement from another lender or fail to pay off a judgment lien as required, your modification may be denied even if you pay the trial period payments. Also, failure to make all trial period payments as outlined above, including if your trial period payments were extended will result in your Trial Period Plan being denied.

- All payments must be received on or before the agreed due date. If payments are not received per the trial plan, the plan will be voided and the total delinquency, including fees, may be due immediately.

- The total amount indicated on each payment of the payment schedule must be remitted. In the event the total amount due of each payment is not received, the Trial Plan will be rendered null and void.

By signing this Trial Plan I hereby consent to being contacted concerning this loan at any cellular or mobile phone number I may have. This includes text messages, at no cost to me, and telephone calls including the use of automated dialing systems to contact my cellular or mobile telephone.

_____          _____
                                                                              Date
**Borrower Signature**

_____          _____
                                                                              Date
Co-Borrower Signature

*A subordination agreement is a legal document put in place when a home has two liens, and determines which lien takes priority over the other. The benefit of being in the first lien position is that it prioritizes the loan for repayment in the event the homebuyer goes into default. This agreement is typically put into effect when a homeowner tries to refinance or modify their first mortgage. When a homeowner chooses to refinance or modify the first mortgage, the second mortgage automatically moves up to the first mortgage position – upsetting the original order. In order for the refinance or modification to be finalized, the lender of the second mortgage must agree to subordinate their lien on the new mortgage.


*0 0 9 8 3 1 1 1 7 8 *



# Appeal Request Form

Carefully read over the letter that came with this form, which states Wells Fargo Home Mortgage's decision. If you believe our decision is incorrect and want to appeal the decision, we recommend you use this form to submit a written appeal.

## Important:

- We must receive your written request for an appeal or a phone-initiated appeal request by **September 4, 2015**, or we will not move forward with a review of the decision. While not required, please provide any additional information (as applicable) that will help us look into your request.
- If you are disputing the value of your property used in the decision, you must indicate the specific value you believe is more accurate in your explanation below.

Please explain the reason you disagree with the decision.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Select and check the box that best applies to your request:**

**[ ] Option A.** I want to appeal the decision I received. I have enclosed additional information for your consideration, and/or I have no further information to provide. I understand Wells Fargo Home Mortgage will review the decision immediately based on the additional information I have provided (if applicable), or on the information they currently have.

**[ ] Option B.** I will be appealing the decision I received. I will submit additional information for your consideration at a later time. I understand that if Wells Fargo Home Mortgage does not receive my additional information by **September 4, 2015**, Wells Fargo Home Mortgage will immediately move forward with a review of the decision.



**Please note:** If you do not specify your intention for providing additional information by selecting one of these two options above, Wells Fargo Home Mortgage will follow the process described in Option B.

Be sure to include your loan number on any supporting documents.

JOSEPH HYDE and VIVIAN ROMERO
Loan number: 0098311178
Primary contact phone number: _____
Other contact phone numbers: _____
_____

Best day and time to call: _____

## Mail your appeal request to:

> Wells Fargo Home Mortgage
> 1000 Blue Gentian Road
> Suite 300 MAC X9999-01N
> Eagan, MN 55121

## Or fax your appeal request to:

> 1-866-590-8910

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. ©2015 Wells Fargo Bank N.A. All rights reserved. NMLSR ID 399801



*0098311178*