

**ORDERED in the Southern District of Florida on October 8, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:  Joseph M. Hyde                         Case No. 15-18177-RAM
                                               Chapter 13


<u>Debtor</u>/


### ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION
### AGREEMENT WITH WELLS FARGO HOME MORTGAGE


This matter came before the Court:

☒    On the Debtor's Ex Parte Motion to Approve Mortgage Modification
Agreement with Wells Fargo Home Mortgage ("Lender").

☐    For hearing on _____, upon Self-Represented Debtor's
Motion to Approve Mortgage Modification Agreement with Lender.

MMM-LF-16 (08/01/14)

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.    The Motion to Approve Mortgage Modification Agreement is granted.

2.    The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3.    [For chapter 13 cases] The Debtor has already amended the plan to provide for said payment at ECF # 58

4.    The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

### ###

Attorney Sanchez shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).

MMM-LF-16 (08/01/14)