

**ORDERED in the Southern District of Florida on October 14, 2015.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re: | CASE NO. 15-18177-BKC-RAM |
|  | CHAPTER 13 |
| JOSEPH M. HYDE, |  |
| Debtor. |  |

### ORDER SHORTENING TIME FOR
### DISCOVERY AND SETTING FINAL EVIDENTIARY HEARING

As announced on the record at a hearing on October 13, 2015, the Court will schedule a final evidentiary hearing on Debtor's Motion to Value and Determine Secured Status of Lien on Real Property ("Motion to Value") [DE# 29] held by Seterus, Inc. Therefore, it is -

**ORDERED** as follows:

1. The Motion to Value is scheduled for a final evidentiary hearing on **November 4, 2015**, at **10:00 a.m.**  The hearing will be conducted at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Fla.  <u>Since other contested matters may be scheduled for the same date and time, counsel and witnesses must be available for the entire morning</u>.

2. On or before <u>October 28, 2015</u>, each party shall:

   A. File and serve (I) an Exhibit Register conforming to Local Form 49; and (II) a witness list which includes a brief statement summarizing the testimony each witness is expected to present.  <u>Absent extraordinary circumstances, the Court will not consider exhibits or the testimony of any witness not listed on a timely filed witness list or Exhibit Register</u>; and

   B. Deliver to the opposing party and deliver to the Court's Chambers (but <u>not</u> file) a set of pre-marked exhibits intended to be offered as evidence at the evidentiary hearing. The exhibits shall be bound in one or more notebooks or contained in one or more folders, with tabs marking each exhibit, and shall be accompanied by an Exhibit Register conforming to Local Form 49.

3. The time for responding to interrogatories, requests for admission or requests for production is shortened to 14 days from service of the discovery.

4. The Court is scheduling this evidentiary hearing with sufficient time for the parties to complete discovery, and if applicable, to obtain appraisals. Therefore, the hearing will not be continued absent extraordinary, unforeseen circumstances.

5. If the matter is settled, counsel are directed to submit an agreed order approved by both parties prior to the time the hearing is to begin. If an agreed order is not delivered, all counsel should be prepared to go forward with the hearing.

###

COPIES TO:

Robert Sanchez, Esq.
Antonio Alonso, Esq.