**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

Joseph M Hyde

CASE NO. 15-18177-RAM
CHAPTER 13

_____Debtor_____/

# EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ ] Plaintiff     [ ] Defendant     [X] Debtor     [ ] Other

Date of Hearing/Trial: November 4, 2015 at 10:00am.

Type of Hearing/Trial: Evidentiary Hearing

SUBMITTED BY: Robert Sanchez, P.A.

(Tel.) 305-687-8008

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. | Private Appraisal of Debtor | ✓ | | |

Submitted by:
/s/ Robert Sanchez, Esq
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012

LF-49 (rev. 12/01/09)