UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-18177-RAM
CHAPTER 13 CASE

IN RE:

JOSEPH M HYDE

Debtor(s),
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:
**SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.**

[ ] Plaintiff     [ ] Defendant     [ ] Debtor     [ X ] Other  Secured Creditor

Date of Hearing/Trial: __November 4, 2015 at 10:00 A.M.__

Type of Hearing/Trial:
Evidentiary Hearing Motion to Value and Determine Secured Status of Lien on Real Property

SUBMITTED BY:
Antonio Alonso, Esq.
Choice Legal Group, P.A.
P.O. Box 9908
Fort Lauderdale, FL 33310-0908
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 771-6052
antonio.alonso@clegalgroup.com

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| A. | Private Property Appraisal Report | ✓ | | |

## WITNESS LIST

Any witness presented by the Secured Creditor:

1. Adolfo J. Sellas, On Time Appraisal Service, Inc. (Secured Creditor's private appraiser) Who is expected to testify concerning the value of real estate property.

2. All witnesses produced by the Debtor.

3. Secured Creditor reserves the right to supplement this witness list in the event that additional witnesses became know to Secured Creditor.