

ORDERED in the Southern District of Florida on November 13, 2015.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Joseph M Hyde                                    Case No: 15-18177-RAM
                                                          Chapter 13

_____Debtor_____/

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED**
**STATUS OF LIEN ON REAL PROPERTY HELD BY Seterus (LOAN NO. XXXX6022)**

THIS CASE came to be heard on  November 4, 2015  on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE  29 ; the "Motion"). Pursuant to the Order Shortening Time For Discovery And Setting Final Evidentiary Hearing (DE 66), the Court considered and evaluated the evidence, testimony of the witnesses, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A.  The value of the debtor's real property (the "Real Property") located at 2355 SW 27th Street #4, Miami FL 33133-2336, and more particularly described as SILVER BLUFF EST SEC C PB 10-65 UNDIV 1/4 INT IN LOTS 40 & 41 BLK 40 APT 4 - 2355 SW 27 ST LOT SIZE 1250 SQUARE FEET OR 11945-94 0883 6 is $ 96,000.00 at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $<u>96,000.00</u> to be paid at an interest rate of 5.25% for a total payment of $<u>109,359.27</u>, to be paid in equal monthly payments over the life of the plan.

3. If escrow payments are to be made outside the plan, it shall state so in the plan. Weather escrow payments are paid in or outside the plan, Debtor will be responsible for the payment of all post-petition taxes and insurance on the property.

4. (Select only one):

    \_\_ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

    or

    <u> X </u> Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ <u>   107,150.93   </u>, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor completes all payments as stated in Paragraph 2 and 3 of this order and receives a discharge in this chapter 13 case.

###

Submitted By:

Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008

Attorney  Robert Sanchez, Esq.  is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.